# Exhibit 46, Part 2

**SKAT**

## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    358,034.98

**Beneficial Owner**

Full name
BASALT VENTURES LLC ROTH 401(K) PLAN

Full address
State of Delaware, 1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
GTB@goalgroup.com

Signature
Beneficial owner/applicant

*L.Rodrigues*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial institution**    The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

Reg. no    Account no

NWBKGB2L    IBAN GB88NWBK60730134015159

SWIFT    BLZ    IBAN

On reclaim please quote:-TM1 DK 27

**Certification of the competent authority**    It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and    U.S.A.

Date    Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010 07 (gl.nr. U 20a)

06.003 ENG

SKAT Fredensborg

Bilag nr. _____ 98-05-26



27 Old Gloucester Street
London
WC1N 3AX

# TELESTO

## CREDIT ADVICE

**Date: 11-05-2015 ID: 5,840**

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: COLOPLAST-B**          **ISIN: DK0060448595**

**Ex Date:** 07-05-2015          **Record Date:** 08-05-2015          **Pay Date:** 11-05-2015

**Dividend Per Share:** DKK 4.50

**No of Shares:** 294,679

**Gross Dividend:** DKK 1,326,055.50

**Withholding tax deducted:** DKK 358,034.98

**Net Dividend:** DKK 968,020.52

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 7 ........ London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-27

Confidential Pursuant to Protective Order

*Basalt Ventures LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this _____22nd_____ day of August 2014 by
Basalt Ventures LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS FOLLOWS:-

1.  The Plan hereby appoints Goal TaxBack,  ("GTB") to be the attorney of The Plan
    and in The Plan's name and otherwise on The Plan's behalf and as The Plan's
    act and deed to sign, seal, execute, deliver, perfect and do all deeds,
    instruments, acts and things which may be required (or which GTB shall
    consider requisite) for or in connection with the provision of any tax services
    provided to The Plan from time to time, including  the reclaiming from any
    taxation authority in any jurisdiction (as appropriate) amounts in respect of
    payments made to The Plan, or through GTB on behalf of The Plan. The Plan
    also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Plan shall ratify and confirm all transactions entered into, documents
    executed and things done by GTB or its delegates by virtue of the Power Of
    Attorney given by Clause 1 of this deed unless it is proved that GTB or its
    delegates have acted with negligence, willful default or fraud.

3.  The Plan agrees to indemnify GTB against all costs, liabilities and expenses
    including (without limitation) any reasonable legal fees and disbursements arising
    directly or indirectly out of the exercise or purported exercise of GTB's powers
    under this deed PROVIDED THAT GTB shall not be indemnified against any
    such liabilities, costs and expenses arising out of GTB or any nominee's or
    agent's or delegates own willful default, negligence or fraud.

4.  The Plan declares that any person dealing with GTB shall not be concerned to
    see or enquire as to the proprietary or expediency of any act, deed, matter or
    thing which GTB may do or perform in The Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of The Plan, provided that  GTB
    is given at least 5 working days notice of such revocation. The provisions of
    Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law,
    and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the
    English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____98-05-28_____

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057100

Execution of a deed by a plan formed outside Great Britain

*Executed as a deed by -*

*Name of plan:*                    Basalt Ventures LLC Roth 401(K) Plan

*Acting by name(s) of:*            John H. van Merkensteijn, III

*Duly authorised*
*signatory(ies):*

SKAT Fredensborg

Bilag nr. _____ 98-05-29

Confidential Pursuant to Protective Order



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: February 17, 2015



)00088

Taxpayer: BASALT VENTURES LLC ROTH 401 K PLAN
         TIN: 47-1377612
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____98-05-30_____

Confidential Pursuant to Protective Order



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BOPLDK000002
**Tax Ref:** 47-1377612

27 November 2014

Dear Sir or Madam,

### RE: A/C Basalt Ventures LLC Roth 401(K) Plan BVL01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN* **GB88 NWBK 6073 0134 0151 59**

Please quote reference **BOPLDK000002**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Senior Operations Analyst

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales #
t +44 (0)208 760 7130  f +44 (0)208 681 2851    Registered Office 7th Floor, 69 |
e info@goalgroup.com    Registered for VAT under number

SKAT Fredensborg

Bilag nr. _____ 98-05-31

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057103



**SKAT**

Claim to Relief from Danish Dividend Tax

| | : : In my capacity as beneficial owner | ✕ On behalf of the beneficial owner |
|---|---|---|

Claim is made for refund of Danish dividend tax, in total DKK:   1165131.14

**Beneficial Owner**

Full name
Basalt Ventures LLC Roth 401(K) Plan

Full address
State of Delaware,  1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s). number.   1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no |
|---|---|
| | |
| NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:OPL DK 2

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                         U.S.A.

Date          Official stamp and signature

When signed to be forwarded to:     **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

06.003 ENG

2010.07 (gl.nr. U 20x)

SKAT Fredensborg

Bilag nr. _____ 98-05-32

Confidential Pursuant to Protective Order

13 08 2014
2.082

**Basalt Ventures LLC Roth 401(K) Plan,** 425 Park Avenue, New York, NY 10022, United States of America,

## TDC A/S

**Ticker**
TDC DC

**ISIN**
DK0060228559

**Dividend**

| Ex-dividend Date | Record Date | Payment Date |
|---|---|---|
| 08-08-2014 | 12-08-2014 | 13-08-2014 |

**Payment details**

| Dividend Per Share | No.     of shares | Gross | Tax | Net |
|---|---|---|---|---|
| DKK 1.50 | 2,876,867 | DKK 4,315,300.50 | DKK 1,165,131.14 | DKK 3,150,169.36 |

Name: Michael Parnes
Old Park Lane Capital PLC

SKAT Fredensborg

Bilag nr. _____ 98-05-33



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: October 14, 2014



000095        Taxpayer: BASALT VENTURES LLC ROTH 401K PLAN
                   TIN: 47-1377612
              Tax Year: 2014

              I certify that, to the best of our knowledge, the above-named entity is
              a trust forming part of a pension, profit sharing, or stock bonus plan
              qualified under section 401(a) of the U.S. Internal Revenue Code, which
              is exempt from U.S. taxation under section 501(a), and is a resident of
              the United States of America for purposes of U.S. taxation.

                                   Nancy J. Aiello
                                   Field Director, Accounts Management

Form 6166 (Rev. 8-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 98-05-34

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057106

***Basalt Ventures LLC***
***c/o Kaye Scholer LLP***
***425 Park Avenue***
***New York, NY 10022-3598***

*Power of Attorney*

THIS POWER OF ATTORNEY, made this _____22ᴺᴰ_____ day of ꜱᴜɢᴜꜱᴛ 2014 by
<u>Basalt Ventures LLC Roth 401(K) Plan</u> ("The Plan") WITNESSETH AS FOLLOWS:-

1.  The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan
    and in The Plan's name and otherwise on The Plan's behalf and as The Plan's
    act and deed to sign, seal, execute, deliver, perfect and do all deeds,
    instruments, acts and things which may be required (or which GTB shall
    consider requisite) for or in connection with the provision of any tax services
    provided to The Plan from time to time, including  the reclaiming from any
    taxation authority in any jurisdiction (as appropriate) amounts in respect of
    payments made to The Plan, or through GTB on behalf of The Plan. The Plan
    also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Plan shall ratify and confirm all transactions entered into, documents
    executed and things done by GTB or its delegates by virtue of the Power Of
    Attorney given by Clause 1 of this deed unless it is proved that GTB or its
    delegates have acted with negligence, willful default or fraud.

3.  The Plan agrees to indemnify GTB against all costs, liabilities and expenses
    including (without limitation) any reasonable legal fees and disbursements arising
    directly or indirectly out of the exercise or purported exercise of GTB's powers
    under this deed PROVIDED THAT GTB shall not be indemnified against any
    such liabilities, costs and expenses arising out of GTB or any nominee's or
    agent's or delegates own willful default, negligence or fraud.

4.  The Plan declares that any person dealing with GTB shall not be concerned to
    see or enquire as to the proprietary or expediency of any act, deed, matter or
    thing which GTB may do or perform in The Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of The Plan, provided that  GTB
    is given at least 5 working days notice of such revocation. The provisions of
    Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law,
    and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the
    English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____98-05-35_____

Confidential Pursuant to Protective Order

**Execution of a deed by a plan formed outside Great Britain**

*Executed as a deed by -*

*Name of plan:*

Basalt Ventures LLC Roth 401(K) Plan

*Acting by name(s) of:*

John H. van Merkensteijn, III

*Duly authorised
signatory(ies):*

SKAT Fredensborg

Bilag nr. _____ 98-05-36

34815

## Acknowledgement Copy



goal

SKAT
P.O. Box 60
2630 Taastrup
DENMARK


**Our Ref:** BTM1DK000001
**Tax Ref:** 47-1377612

14 April 2015

Dear Sir or Madam,

### RE: A/C Basalt Ventures LLC Roth 401(K) Plan BVL01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BTM1DK000001**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.


Yours faithfully,

Melissa-Anne Rodrigues
Operations Manager

## Please sign below and return to acknowledge receipt
## Signed                              Dated

| San Francisco | Philadelphia | London | Hong Kong |
|---|---|---|---|

SKAT Fredensborg

Bilag nr. _____ 98-05-37

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057109



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BTM1DK000001
**Tax Ref:** 47-1377612

14 April 2015

Dear Sir or Madam,

### RE: A/C Basalt Ventures LLC Roth 401(K) Plan BVL01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BTM1DK000001**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Rodrigues

Melissa-Anne Rodrigues
Operations Manager

San Francisco          Philadelphia          London          Hong K

SKAT Fredensborg

Bilag nr. _____ 98-05-38


SKAT

Claim to Relief from Danish Dividend Tax

⬜ in my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    8381677.50

**Beneficial Owner**

Full name
Basalt Ventures LLC Roth 401(K) Plan

Full address
State of Delaware,  1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

goal
uRodrigues

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    2

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no |
|---------|------------|

NWBKGB2L    IBAN GB88NWBK60730134015159

| SWIFT | BLZ | IBAN |
|-------|-----|------|

On reclaim please quote:-TM1 DK 1

**Certification of the competent authority**  It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                                    U.S.A.

Date            Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U.70s)

06.003 ENG

SKAT Fredensborg

Bilag nr.    98-05-39

Confidential Pursuant to Protective Order



27 Old Gloucester Street
London
WC1N 3AX

# TELESTO

## CREDIT ADVICE

### Date: 07-04-2015 ID: 4,317

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: AP MOELLER-MAERSK A/S-B    ISIN: DK0010244508**

**Ex Date:** 31-03-2015        **Record Date:** 01-04-2015        **Pay Date:** 07-04-2015

**Dividend Per Share:** DKK 1,971.00

**No of Shares:** 7,877

**Gross Dividend:** DKK 15,525,567.00

**Withholding tax deducted:** DKK 4,191,903.09

**Net Dividend:** DKK 11,333,663.91

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wal
regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 2
London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-40

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057112



27 Old Gloucester Street
London
WC1N 3AX

## TELESTO

### CREDIT ADVICE

**Date: 07-04-2015 ID: 4,276**

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,


**Security: AP MOELLER-MAERSK A/S-A    ISIN: DK0010244425**


**Ex Date:** 31-03-2015        **Record Date:** 01-04-2015        **Pay Date:** 07-04-2015


**Dividend Per Share:** DKK 1,971.00

**No of Shares:** 7,873

**Gross Dividend:** DKK 15,517,683.00

**Withholding tax deducted:** DKK 4,189,774.41

**Net Dividend:** DKK 11,327,908.59


Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wal
regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 2
London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-41

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057113



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: February 17, 2015



)00088     Taxpayer: BASALT VENTURES LLC ROTH 401 K PLAN
          TIN: 47-1377612
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 98-05-42

Confidential Pursuant to Protective Order     SKAT_MDL_001_00057114

**Basalt Ventures LLC**
**c/o Kaye Scholer LLP**
**425 Park Avenue**
**New York, NY 10022-3598**

*Power of Attorney*

THIS POWER OF ATTORNEY, made this _____22nd_____ day of _August_ 2014 by
<u>Basalt Ventures LLC Roth 401(K) Plan</u> ("The Plan") WITNESSETH AS FOLLOWS:-

1.  The Plan hereby appoints Goal TaxBack,  ("GTB") to be the attorney of The Plan
    and in The Plan's name and otherwise on The Plan's behalf and as The Plan's
    act and deed to sign, seal, execute, deliver, perfect and do all deeds,
    instruments, acts and things which may be required (or which GTB shall
    consider requisite) for or in connection with the provision of any tax services
    provided to The Plan from time to time, including  the reclaiming from any
    taxation authority in any jurisdiction (as appropriate) amounts in respect of
    payments made to The Plan, or through GTB on behalf of The Plan. The Plan
    also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Plan shall ratify and confirm all transactions entered into, documents
    executed and things done by GTB or its delegates by virtue of the Power Of
    Attorney given by Clause 1 of this deed unless it is proved that GTB or its
    delegates have acted with negligence, willful default or fraud.

3.  The Plan agrees to indemnify GTB against all costs, liabilities and expenses
    including (without limitation) any reasonable legal fees and disbursements arising
    directly or indirectly out of the exercise or purported exercise of GTB's powers
    under this deed PROVIDED THAT GTB shall not be indemnified against any
    such liabilities, costs and expenses arising out of GTB or any nominee's or
    agent's or delegates own willful default, negligence or fraud.

4.  The Plan declares that any person dealing with GTB shall not be concerned to
    see or enquire as to the proprietary or expediency of any act, deed, matter or
    thing which GTB may do or perform in The Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of The Plan, provided that  GTB
    is given at least 5 working days notice of such revocation. The provisions of
    Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law,
    and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the
    English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____98-05-43_____

Confidential Pursuant to Protective Order

**Execution of a deed by a plan formed outside Great Britain**

*Executed as a deed by -*

*Name of plan:*

_Basalt Ventures LLC Roth 401(K) Plan_

*Acting by name(s) of:*          John H. van Merkensteijn, III

*Duly authorised
signatory(ies):*

SKAT Fredensborg

Bilag nr. _____ 98-05-44

Confidential Pursuant to Protective Order



goal

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BTM1DK000005
**Tax Ref:** 47-1377612

16 April 2015

Dear Sir or Madam,

### RE: A/C Basalt Ventures LLC Roth 401(K) Plan BVL01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BTM1DK000005**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*MRodrigues*

Melissa-Anne Rodrigues
Operations Manager

San Francisco          Philadelphia          London          Hong Ko

SKAT Fredensborg

Bilag nr. _____ 98-05-45

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057117



**SKAT**

Claim to Relief from Danish Dividend Tax

:: In my capacity as beneficial owner    ✕ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: | 8705084.85

**Beneficial Owner**

Full name
Basalt Ventures LLC Roth 401(K) Plan

Full address
State of Delaware, 1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*u.Rodrigues*                    *Goal*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number | 1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

| | 34015159 | |
|---|---|---|
| Reg no | Account no | |
| NWBKGB2L | | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-TM1 DK 5

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and ............................... U.S.A.

.....................................................
Date          Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

06.003 ENG

2010.07 lgl nr. U 20d)

SKAT Fredensborg

Bilag nr. _98-05-46_

Confidential Pursuant to Protective Order



27 Old Gloucester Street
London
WC1N 3AX

# TELESTO

## CREDIT ADVICE

### Date: 24-03-2015 ID: 3,547

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: NOVO NORDISK A/S-B**    **ISIN: DK0060534915**

**Ex Date:** 20-03-2015    **Record Date:** 23-03-2015    **Pay Date:** 24-03-2015

**Dividend Per Share:** DKK 5.00

**No of Shares:** 6,448,211

**Gross Dividend:** DKK 32,241,055.00

**Withholding tax deducted:** DKK 8,705,084.85

**Net Dividend:** DKK 23,535,970.15

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-47

SKAT_MDL_001_00057119



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: February 17, 2015



)00088     Taxpayer: BASALT VENTURES LLC ROTH 401 K PLAN
           TIN: 47-1377612
        Tax Year: 2015

        I certify that, to the best of our knowledge, the above-named entity is
        a trust forming part of a pension, profit sharing, or stock bonus plan
        qualified under section 401(a) of the U.S. Internal Revenue Code, which
        is exempt from U.S. taxation under section 501(a), and is a resident of
        the United States of America for purposes of U.S. taxation.

        Nancy J. Aiello

        Nancy J. Aiello
        Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr.     98-05-48

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00057120

*Basalt Ventures LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this _____22nd_____ day of _August_ 2014 by
Basalt Ventures LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS FOLLOWS:-

1.  The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan
    and in The Plan's name and otherwise on The Plan's behalf and as The Plan's
    act and deed to sign, seal, execute, deliver, perfect and do all deeds,
    instruments, acts and things which may be required (or which GTB shall
    consider requisite) for or in connection with the provision of any tax services
    provided to The Plan from time to time, including the reclaiming from any
    taxation authority in any jurisdiction (as appropriate) amounts in respect of
    payments made to The Plan, or through GTB on behalf of The Plan. The Plan
    also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Plan shall ratify and confirm all transactions entered into, documents
    executed and things done by GTB or its delegates by virtue of the Power Of
    Attorney given by Clause 1 of this deed unless it is proved that GTB or its
    delegates have acted with negligence, willful default or fraud.

3.  The Plan agrees to indemnify GTB against all costs, liabilities and expenses
    including (without limitation) any reasonable legal fees and disbursements arising
    directly or indirectly out of the exercise or purported exercise of GTB's powers
    under this deed PROVIDED THAT GTB shall not be indemnified against any
    such liabilities, costs and expenses arising out of GTB or any nominee's or
    agent's or delegates own willful default, negligence or fraud.

4.  The Plan declares that any person dealing with GTB shall not be concerned to
    see or enquire as to the proprietary or expediency of any act, deed, matter or
    thing which GTB may do or perform in The Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of The Plan, provided that GTB
    is given at least 5 working days notice of such revocation. The provisions of
    Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law,
    and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the
    English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____98-05-49_____

Confidential Pursuant to Protective Order

**Execution of a deed by a plan formed outside Great Britain**

*Executed as a deed by -*

*Name of plan:*

_Basalt Ventures LLC Roth 401(K) Plan_

*Acting by name(s) of:*

John H. van Merkensteijn, III

*Duly authorised*
*signatory(ies):*

SKAT Fredensborg

Bilag nr. _____ 98-05-50

Confidential Pursuant to Protective Order