

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 19-cv-01785, 19-cv-01867,
19-cv-01893, 19-cv-01781, 19-cv-01783, 19-cv-
01866, 19-cv-01895, 19-cv-01794, 19-cv-01865, 19-
cv-01904, 19-cv-01798, 19-cv-01869, 19-cv-01922,
19-cv-01800, 19-cv-01788, 19-cv-01870, 19-cv-
01791, 19-cv-01792, 19-cv-01928, 19-cv-01926, 19-
cv-01868, 19-cv-01929, 19-cv-01803, 19-cv-01806,
19-cv-01906, 19-cv-01801, 19-cv-01894, 19-cv-
01808, 19-cv-01810, 19-cv-01809, 19-cv-01911, 19-
cv-01898, 19-cv-01812, 19-cv-01896, 19-cv-01871,
19-cv-01813, 19-cv-01930, 19-cv-01815, 19-cv-
01818, 19-cv-01931, 19-cv-01918, 19-cv-01873, 19-
cv-01924

MASTER DOCKET

18-md-2865 (LAK)

---

## STIPULATION AND [PROPOSED] ORDER EXTENDING
## BRIEFING SCHEDULE FOR THE MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties

that the briefing schedule for the Motion to Dismiss filed on June 12, 2019 (D.I. 134)

(the "Motion") is modified as follows:

1.    Plaintiff Skatteforvaltningen's current June 26, 2019 deadline to submit a

response to the Motion is hereby extended sixteen (16) days up to and including July 12, 2019.

2.    Defendants'[1] deadline to submit a reply in further support of their Motion is

hereby extended by ten (10) days up to and including July 29, 2019.

---

1.    The Motion was filed by the Defendants represented by Wilmer Cutler Pickering Hale and Dorr LLP on June
      12, 2019. The Defendants represented by Kostelanetz & Fink LLP, Kaplan Rice LLP, and Dewey Pegno &
      Kramarsky LLP all joined the Motion by separate Notices of Joinder filed that same day. (D.I. 141, 143 &
      144.)

This is the parties' first request to modify the briefing schedule for the Motion.

Dated: New York, New York
       June 24, 2019

By: /s/ Alan E. Schoenfeld                          By: /s/ Sarah L. Cave
    (*e-signed with consent*)                           Sarah L. Cave
    Alan E. Schoenfeld                                  HUGHES HUBBARD & REED LLP
    WILMER CUTLER PICKERING HALE AND                    One Battery Park Plaza
    DORR LLP                                            New York, NY  10004
    7 World Trade Center                                Telephone: (212) 837-6000
    250 Greenwich Street                                Fax: (212) 422-4726
    New York, NY  10007                                 sarah.cave@hugheshubbard.com
    Telephone: (212) 230-8800
    alan.schoenfeld@wilmerhale.com                  *Counsel for Plaintiff Skatteforvaltningen*
                                                    *(Customs and Tax Administration of the*
*Counsel for Defendants Richard Markowitz,*         *Kingdom of Denmark)*
*Jocelyn Markowitz, Avanix Management*
*LLC Roth 401(K) Plan, Batavia Capital*
*Pension Plan, Calypso Investments Pension*
*Plan, Cavus Systems LLC Roth 401(K)*
*Plan, Hadron Industries LLC Roth 401(K)*
*Plan, RJM Capital Pension Plan, and Routt*
*Capital Pension Plan*


By: /s/ Nicholas S. Bahnsen
    (*e-signed with consent*)
    Nicholas S. Bahnsen
    KOSTELANETZ & FINK LLP
    7 World Trade Center
    New York, NY  10007
    Telephone: (212) 840-5830
    nbahnsen@kflaw.com

*Counsel for Defendants John van*
*Merkensteijn, III, Elizabeth van*
*Merkensteijn, Azalea Pension Plan, Basalt*
*Ventures LLC Roth 401(K) Plan, Bernina*
*Pension Plan, Omineca Pension Plan,*
*Starfish Capital Management LLC Roth*
*401(K) Plan, Tarvos Pension Plan, Voojo*
*Productions LLC Roth 401(K) Plan,*
*Michelle Investments Pension Plan, Remece*
*Investments Pension Plan, and Xiphias LLC*
*Pension Plan*

By: /s/ Michelle A. Rice
   (*e-signed with consent*)
   Michelle A. Rice
KAPLAN RICE LLP
127 West 57th Street
Suite 4A
New York, NY 10019
Telephone: (212) 333-0227
mrice@kaplanrice.com

*Counsel for Defendants Joseph Herman,
David Zelman, Edwin Miller, Ronald
Altbach, Perry Lerner, Robin Jones, Albedo
Management LLC Roth 401(K) Plan,
Ballast Ventures LLC Roth 401(K) Plan,
Fairlie Investments LLC Roth 401(K) Plan,
Bareroot Capital Investments LLC Roth
401(K) Plan, Battu Holdings LLC Roth
401K Plan, Cantata Industries LLC Roth
401(K) Plan, Dicot Technologies LLC Roth
401(K) Plan, Vanderlee Technologies
Pension Plan, Cedar Hill Capital
Investments LLC Roth 401(K) Plan,
Fulcrum Productions LLC Roth 401(K)
Plan, Green Scale Management LLC Roth
401(K) Plan, Keystone Technologies LLC
Roth 401(K) Plan, Tumba Systems LLC
Roth 401(K) Plan, Crucible Ventures LLC
Roth 401(K) Plan, Limelight Global
Productions LLC Roth 401(K) Plan,
Plumrose Industries LLC Roth 401K Plan,
Roadcraft Technologies LLC Roth 401(K)
Plan, True Wind Investments LLC Roth
401(K) Plan, Eclouge Industry LLC Roth
401(K) Plan, First Ascent Worldwide LLC
Roth 401(K) Plan, Loggerhead Services
LLC Roth 401(K) Plan, PAB Facilities
Global LLC Roth 401(K) Plan, Trailing
Edge Productions LLC Roth 401(K) Plan,
Monomer Industries LLC Roth 401(K) Plan,
Pinax Holdings LLC Roth 401(K) Plan, and
Sternway Logistics LLC Roth 401(K) Plan*

By: /s/ Thomas E.L. Dewey
    (*e-signed with consent*)
    Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue – 37th Floor
New York, NY 10017
Telephone: (212) 943-9000
tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge

6/25/19