# Exhibit 95

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 12/1/2014 11:47:48 AM |
| **To:** | trading@pacificindiallc.com |
| **CC:** | bhupendra@gnosis-capital.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (PPL01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Old Park Lane Capital custody account.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | PPL01 |
| **Counterparty** | Gnosis Capital Ltd |
| **Trade Type** | Lend |
| **Ticker** | CHR |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 258.9000 |
| **Quantity/Contracts** | 839,500 |
| **Shapes** | **Shape 1** 839,500 |
| **Notional** | 217,346,550.00 |
| **Trade Date** | 01 December 2014 |
| **Settlement Date** | 02 December 2014 |
| **Haircut** | 0.0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 35.6700 |
| **Cash Pool Type** | Fixed |
| **Dividends** | 100% to Lender |

PROPPACIF00001330