# Exhibit 96

OPEN POSITION STATEMENT

Solo Capital

| | | | | | | |
|---|---|---|---|---|---|---|
| RJM Capital Pension Plan<br>1010 Fifth Avenue<br>Apt 1D, New York<br>NY 100028<br>United States of America | | Date | 16 March 2015 | | SOLO CAPITAL PARTNERS LLP<br>10 EXCHANGE SQUARE, PRIMROSE STREET<br>LONDON, EC2A 2EN<br>TEL (44) 20 7382 4940 | |
| Account Number: | RJM01 | | | | | |

### Open Positions

| Date | Open Position | Trade Price | Current Price | CCY | Position Value | Market Revaluation |
|---|---|---|---|---|---|---|

#### ACCOUNT FINANCIAL SUMMARY

| | EUR | DKK | USD | EUR Eq. |
|---|---|---|---|---|
| Open Cash Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 12,851,183.74 | 248,559,980.45 | 0.00 | 46,170,215.97 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 | 0.00 |
| Custody & Equity Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | -12,851,183.74 | -248,559,980.45 | 0.00 | -46,170,215.97 |
| Total daily MTM on Stock Loan | 12,851,183.74 | 248,559,980.45 | 0.00 | 46,170,215.97 |
| Interest on Stock Loan Cash Pool | -548,347.57 | -12,472,611.57 | 0.00 | -2,020,279.21 |
| Stock Lending Fees | 187,392.99 | 5,559,586.89 | 0.00 | 932,645.92 |
| Realised Futures Profit & Loss | -15,967,753.30 | -327,162,246.08 | 0.00 | -59,723,282.76 |
| Initial Margin | 0.00 | 0.00 | 0.00 | 0.00 |
| Variation Margins | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividend - NOVOZYMES A/S-B | 0.00 | 2,017,238.20 | 0.00 | 270,407.27 |
| Dividend - TDC A/S | 0.00 | 6,258,636.60 | 0.00 | 838,959.33 |
| Dividend - Danske Bank A/S | 0.00 | 5,108,196.90 | 0.00 | 684,744.89 |
| Dividend - PANDORA A/S | 0.00 | 2,386,549.95 | 0.00 | 319,912.86 |
| Dividend - CARLSBERG AS-B | 0.00 | 3,173,748.00 | 0.00 | 425,435.39 |
| Dividend - NOVO NORDISK A/S-B | 0.00 | 36,663,382.40 | 0.00 | 4,914,662.52 |
| Dividend - AP MOELLER-MAERSK A/S-A | 0.00 | 10,716,692.00 | 0.00 | 1,436,553.89 |
| Dividend - AP MOELLER-MAERSK A/S-B | 0.00 | 12,030,984.00 | 0.00 | 1,612,732.44 |
| Dividend - TRYG A/S | 0.00 | 2,463,671.16 | 0.00 | 330,250.83 |
| Dividend - BELGACOM SA | 548,455.89 | 0.00 | 0.00 | 548,455.89 |
| Dividend - GROUPE BRUXELLES LAMBERT SA | 319,028.34 | 0.00 | 0.00 | 319,028.34 |
| Dividend - AGEAS | 577,719.23 | 0.00 | 0.00 | 577,719.23 |
| Dividend - ANHEUSER-BUSCH INBEV NV | 1,732,320.99 | 0.00 | 0.00 | 1,732,320.99 |
| Dividend - COLOPLAST-B | 0.00 | 1,640,949.48 | 0.00 | 219,966.42 |
| Dividend - TDC A/S | 0.00 | 3,055,241.63 | 0.00 | 409,549.82 |
| Dividends | 3,177,524.44 | 85,515,290.31 | 0.00 | 14,640,700.09 |
| Cash Payment/Receipts | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cash Balance | 0.00 | 0.00 | 0.00 | 0.00 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. FSA Registration Number 586533. Company Registration Number OC3579979. VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

Highly Confidential

MPSKAT00158799


Solo Capital

Cash Equity

Equity Transaction Statement
From: 01 January 2014
To: 31 March 2015

Account Number: RJMG1
Account Name: RJM Capital Pension Plan
Currency: EUR

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | Trade Price | Commission | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 26/02/2014 | 04/03/2014 | DKK | Buy | NOVOZYMES A/S-B | NZYMB | 1,105,336.00 | 254.0000 | 0.00 | -280,755,344.00 | -280,755,344.00 |
| 06/03/2014 | 12/03/2014 | DKK | Buy | TDC A/S | TDC | 3,897,034.00 | 52.6500 | 0.00 | -205,178,840.10 | -485,934,184.10 |
| 18/03/2014 | 24/03/2014 | DKK | Buy | Danske Bank A/S | DANSKE | 3,498,765.00 | 145.7000 | 0.00 | -509,770,060.50 | -995,704,244.60 |
| 19/03/2014 | 25/03/2014 | DKK | Buy | PANDORA A/S | PNDORA | 502,961.00 | 356.0000 | 0.00 | -179,054,116.00 | -1,174,758,360.60 |
| 20/03/2014 | 26/03/2014 | DKK | Buy | CARLSBERG AS-B | CARLB | 543,450.00 | 522.0000 | 0.00 | -283,680,900.00 | -1,458,439,260.60 |
| 20/03/2014 | 26/03/2014 | DKK | Buy | NOVO NORDISK A/S-B | NOVOB | 11,160,847.00 | 245.8000 | 0.00 | -2,743,336,192.60 | -4,201,775,453.20 |
| 31/03/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-A | MAERSKA | 10,486.00 | 62,500.0000 | 0.00 | -655,375,000.00 | -4,857,150,453.20 |
| 31/03/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-B | MAERSKB | 11,772.00 | 65,000.0000 | 0.00 | -765,180,000.00 | -5,622,330,453.20 |
| 03/04/2014 | 09/04/2014 | DKK | Buy | TRYG A/S | TRYG | 124,996.00 | 551.5000 | 0.00 | -68,935,294.00 | -5,691,265,747.20 |
| 04/04/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-A - 400% STOCK DIVIDEND | MAERSKA | 41,944.00 | 0.0000 | 0.00 | 0.00 | -5,691,265,747.20 |
| 04/04/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-B - 400% STOCK DIVIDEND | MAERSKB | 47,088.00 | 0.0000 | 0.00 | 0.00 | -5,691,265,747.20 |
| 08/05/2014 | 14/05/2014 | DKK | Buy | COLOPLAST-B | COLOB | 561,969.00 | 468.1000 | 0.00 | -263,057,688.90 | -5,954,323,436.10 |
| 03/06/2014 | 10/06/2014 | DKK | Sell | NOVOZYMES A/S-B | NZYMB | -1,105,336.00 | 267.4000 | 0.00 | 295,566,846.40 | -5,658,756,589.70 |
| 04/06/2014 | 11/06/2014 | DKK | Sell | Danske Bank A/S | DANSKE DC | -3,498,765.00 | 154.4000 | 0.00 | 540,209,316.00 | -5,118,547,273.70 |
| 04/06/2014 | 11/06/2014 | DKK | Sell | TDC A/S | TDC | -3,897,034.00 | 52.7500 | 0.00 | 205,568,543.50 | -4,912,978,730.20 |
| 10/06/2014 | 13/06/2014 | DKK | Sell | CARLSBERG AS-B | CARLB | -543,450.00 | 582.5000 | 0.00 | 316,559,625.00 | -4,596,419,105.20 |
| 10/06/2014 | 13/06/2014 | DKK | Sell | PANDORA A/S | PNDORA | -502,961.00 | 410.8000 | 0.00 | 206,616,378.80 | -4,389,802,726.40 |
| 11/06/2014 | 16/06/2014 | DKK | Sell | NOVO NORDISK A/S-B | NOVOB DC | -11,160,847.00 | 245.0000 | 0.00 | 2,734,407,515.00 | -1,655,395,211.40 |
| 07/08/2014 | 13/08/2014 | DKK | Buy | TDC A/S | TDC | 2,790,175.00 | 51.3500 | 0.00 | -143,275,486.25 | -1,798,670,697.65 |
| 28/08/2014 | 02/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA | -52,430.00 | 13,830.0000 | 0.00 | 725,106,900.00 | -1,073,563,797.65 |
| 03/09/2014 | 08/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB | -58,860.00 | 14,490.0000 | 0.00 | 852,881,400.00 | -220,682,397.65 |
| 08/09/2014 | 11/09/2014 | DKK | Sell | COLOPLAST-B | COLOB | -561,969.00 | 483.9000 | 0.00 | 271,936,799.10 | 51,254,401.45 |
| 08/09/2014 | 11/09/2014 | DKK | Sell | TRYG A/S | TRYG | -124,996.00 | 574.0000 | 0.00 | 71,747,704.00 | 123,002,105.45 |
| 05/11/2014 | 07/11/2014 | DKK | Sell | TDC A/S | TDC | -2,790,175.00 | 45.0000 | 0.00 | 125,557,875.00 | 248,559,980.45 |
|  |  |  |  |  |  | 0.00 |  |  |  | 248,559,980.45 |
| 17/04/2014 | 25/04/2014 | EUR | Buy | BELGACOM SA | BELG | 447,208.00 | 22.5000 | 0.00 | -10,062,180.00 | -10,062,180.00 |
| 28/04/2014 | 05/05/2014 | EUR | Buy | GROUPE BRUXELLES LAMBERT SA | GBLB | 160,671.00 | 74.4500 | 0.00 | -11,961,955.95 | -22,024,135.95 |
| 02/05/2014 | 08/05/2014 | EUR | Buy | AGEAS | AGS | 565,283.00 | 31.1300 | 0.00 | -17,597,259.79 | -39,621,395.74 |
| 02/05/2014 | 08/05/2014 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI | 1,636,581.00 | 77.7200 | 0.00 | -127,195,075.32 | -166,816,471.06 |
| 09/09/2014 | 12/09/2014 | EUR | Sell | BELGACOM SA | BELG | -447,208.00 | 27.2000 | 0.00 | 12,164,057.60 | -154,652,413.46 |
| 09/09/2014 | 12/09/2014 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB | -160,671.00 | 73.5800 | 0.00 | 11,822,172.18 | -142,830,241.28 |
| 10/09/2014 | 15/09/2014 | EUR | Sell | AGEAS | AGS | -565,283.00 | 25.3500 | 0.00 | 14,329,924.05 | -128,500,317.23 |
| 10/09/2014 | 15/09/2014 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI | -1,636,581.00 | 86.3700 | 0.00 | 141,351,500.97 | 12,851,183.74 |
|  |  |  |  |  |  | 0.00 |  |  |  | 12,851,183.74 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. FSA Registration Number 565533, Company Registration Number OC367979, VAT Registration Number 123 3462 46.

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

Highly Confidential

MPSKAT00158800

Solo Capital

Forward Transaction Statement

Date: 03 January 2014
Account Name: MB Capital Pension Plan
Currency: EUR

| Trade Date | Settle Date | Currency | Transaction Type | Description | Security | Units | Trade Price | Notional | Value |
|---|---|---|---|---|---|---|---|---|---|
| 26/02/2014 | 20/06/2014 | DKK | Sell | NOVOZYMES A/S-B | NZYMB | -1,105,336.00 | 252.43 | 279,019,966.48 | 279,019,966.48 |
| 06/03/2014 | 20/06/2014 | DKK | Sell | TDC A/S | TDC | -3,897,034.00 | 51.09 | 199,096,739.14 | 478,116,705.62 |
| 18/03/2014 | 20/06/2014 | DKK | Sell | Danske Bank A/S | DANSKE DC | -3,498,765.00 | 144.35 | 505,056,174.42 | 983,172,880.03 |
| 19/03/2014 | 20/06/2014 | DKK | Sell | PANDORA A/S | PNDORA | -502,961.50 | 351.52 | 176,800,850.72 | 1,159,973,730.75 |
| 20/03/2014 | 20/06/2014 | DKK | Sell | CARLSBERG AS-B | CARLB | -543,450.50 | 516.55 | 280,719,151.85 | 1,440,692,882.60 |
| 20/03/2014 | 20/06/2014 | DKK | Sell | NOVO NORDISK A/S-B | NOVOB | -11,180,847.50 | 242.70 | 2,708,718,593.46 | 4,149,411,476.06 |
| 31/03/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA | -10,486.00 | 61,620.00 | 646,147,320.00 | 4,795,558,796.06 |
| 31/03/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB | -11,772.00 | 64,126.00 | 754,891,272.00 | 5,550,450,068.06 |
| 03/04/2014 | 19/09/2014 | DKK | Sell | TRYG A/S | TRYG | -124,296.00 | 532.96 | 66,617,868.16 | 5,617,067,936.22 |
| 04/04/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-A - 400% STOCK DIVIDEND | MAERSKA | -41,944.00 | 0.00 | 0.00 | 5,617,067,936.22 |
| 04/04/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-B - 400% STOCK DIVIDEND | MAERSKB | -47,088.00 | 0.00 | 0.00 | 5,617,067,936.22 |
| 08/05/2014 | 19/09/2014 | DKK | Sell | COLOPLAST-B | COLOB | -561,969.50 | 465.94 | 261,843,835.86 | 5,878,911,772.08 |
| 03/06/2014 | 20/06/2014 | DKK | Buy | NOVOZYMES A/S-B | NZYMB | 1,105,336.00 | 267.42 | -295,588,953.12 | 5,583,322,818.96 |
| 04/06/2014 | 20/06/2014 | DKK | Buy | Danske Bank A/S | DANSKE DC | 3,498,765.00 | 154.41 | -540,244,303.65 | 5,043,078,515.31 |
| 04/06/2014 | 20/06/2014 | DKK | Buy | TDC A/S | TDC | 3,897,034.00 | 52.75 | -205,568,543.50 | 4,837,509,971.81 |
| 10/06/2014 | 20/06/2014 | DKK | Buy | CARLSBERG AS-B | CARLB | 543,450.00 | 582.53 | -316,575,928.50 | 4,520,934,043.31 |
| 10/06/2014 | 20/06/2014 | DKK | Buy | PANDORA A/S | PNDORA | 502,961.00 | 410.82 | -206,626,438.02 | 4,314,307,605.29 |
| 11/06/2014 | 20/06/2014 | DKK | Buy | NOVO NORDISK A/S-B | NOVOB DC | 11,160,847.00 | 245.01 | -2,734,519,123.47 | 1,579,788,481.82 |
| 07/08/2014 | 19/12/2014 | DKK | Sell | TDC A/S | TDC | -2,790,175.00 | 50.35 | 140,485,311.25 | 1,720,273,793.07 |
| 28/08/2014 | 19/09/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-A | MAERSKA | 52,430.00 | 13,832.00 | -725,211,760.00 | 995,062,033.07 |
| 03/09/2014 | 19/09/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-B | MAERSKB | 58,860.00 | 14,491.00 | -852,940,260.00 | 142,121,773.07 |
| 08/09/2014 | 19/09/2014 | DKK | Buy | COLOPLAST-B | COLOB | 561,969.00 | 483.92 | -271,948,035.48 | -129,826,265.41 |
| 08/09/2014 | 19/09/2014 | DKK | Buy | TRYG A/S | TRYG | 124,996.00 | 574.02 | -71,750,203.92 | -201,576,469.33 |
| 05/11/2014 | 19/12/2014 | DKK | Buy | TDC A/S | TDC | 2,790,175.00 | 45.01 | -125,585,776.75 | -327,162,246.08 |
| | | | | | | 0.00 | | | -327,162,246.08 |
| 17/04/2014 | 19/09/2014 | EUR | Sell | BELGACOM SA | BELG | -447,208.00 | 21.28 | 9,514,439.64 | 9,514,439.64 |
| 28/04/2014 | 19/09/2014 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB | -160,671.00 | 72.52 | 11,652,150.13 | 21,166,589.77 |
| 02/05/2014 | 19/09/2014 | EUR | Sell | AGEAS | AGS | -565,283.00 | 30.13 | 17,029,319.96 | 38,195,909.73 |
| 02/05/2014 | 19/09/2014 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI | -1,636,581.00 | 76.75 | 125,603,991.27 | 163,799,901.00 |
| 09/09/2014 | 19/09/2014 | EUR | Buy | BELGACOM SA | BELG | 447,208.00 | 27.20 | -12,164,057.60 | 151,635,843.40 |
| 09/09/2014 | 19/09/2014 | EUR | Buy | GROUPE BRUXELLES LAMBERT SA | GBLB | 160,671.00 | 73.58 | -11,822,172.18 | 139,813,671.22 |
| 10/09/2014 | 19/09/2014 | EUR | Buy | AGEAS | AGS | 565,283.00 | 25.35 | -14,329,924.05 | 125,483,747.17 |
| 10/09/2014 | 19/09/2014 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI | 1,636,581.00 | 86.37 | -141,351,500.97 | -15,867,753.80 |
| | | | | | | 0.00 | | | -15,867,753.80 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. FSA Registration Number 586533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately reimbursed to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND

# Solo Capital

**Equities Transaction Statement**

| Name | | From | 01 January 2015 | To | 06 March 2015 |
|---|---|---|---|---|---|
| Account Number | RJKDIV | Account Name | RJM Capital Pension Plan | | |
| | | Currency | EUR | | |

| Trade Date | Entry Date | Currency | Transaction Type | Description | Quantity | Unit Price | Trade Price | Brokerage | Clearing Comm. | Value |
|---|---|---|---|---|---|---|---|---|---|---|

**Current Open Trades**

No Open Positions

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 5665333, Company Registration Number OC3679979, VAT Registration Number 123 3362 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMMISSIONS.

Highly Confidential                                                                                                                                                 MPSKAT00158802

**Solo Capital**

Stock Loan Transaction Statement

| Trade Date | Settlement Date | Type | Counterparty | Description | SD | Nominal | Trade Price | Cash Amount |
|---|---|---|---|---|---|---|---|---|
| 03/03/2014 | 04/03/2014 | Lend | Colbrook Limited | NOVOZYMES A/S-B | NZYMB | -1,105,336.00 | 254.00 | 280,755,344.00 |
| 03/06/2014 | 10/06/2014 | Recall | Colbrook Limited | NOVOZYMES A/S-B | NZYMB | 1,105,336.00 | 267.4000 | -295,566,845.40 |
|  |  |  |  |  |  | 0.00 |  | -14,811,502.40 |
| 11/03/2014 | 12/03/2014 | Lend | Colbrook Limited | TDC A/S | TDC | -3,897,034.00 | 52.6500 | 205,178,840.10 |
| 04/06/2014 | 11/06/2014 | Recall | Colbrook Limited | TDC A/S | TDC | 3,897,034.00 | 52.7500 | -205,568,543.50 |
|  |  |  |  |  |  | 0.00 |  | -389,703.40 |
| 21/03/2014 | 24/03/2014 | Lend | Colbrook Limited | Danske Bank A/S | DANSKE DC | -3,498,765.00 | 145.7000 | 509,770,060.50 |
| 04/06/2014 | 11/06/2014 | Recall | Colbrook Limited | Danske Bank A/S | DANSKE DC | 3,498,765.00 | 154.4000 | -540,209,316.00 |
|  |  |  |  |  |  | 0.00 |  | -30,439,255.50 |
| 24/03/2014 | 25/03/2014 | Lend | Colbrook Limited | PANDORA A/S | PNDORA | -502,961.00 | 356.0000 | 179,054,116.00 |
| 10/06/2014 | 13/06/2014 | Recall | Colbrook Limited | PANDORA A/S | PNDORA | 502,961.00 | 410.8000 | -206,616,378.80 |
|  |  |  |  |  |  | 0.00 |  | -27,562,262.80 |
| 25/03/2014 | 26/03/2014 | Lend | Colbrook Limited | CARLSBERG AS-B | CARLB | -543,450.00 | 522.0000 | 283,680,900.00 |
| 10/06/2014 | 13/06/2014 | Recall | Colbrook Limited | CARLSBERG AS-B | CARLB | 543,450.00 | 582.5000 | -316,559,625.00 |
|  |  |  |  |  |  | 0.00 |  | -32,878,725.00 |
| 25/03/2014 | 26/03/2014 | Lend | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB | -11,160,847.00 | 245.8000 | 2,743,336,192.60 |
| 11/06/2014 | 16/06/2014 | Recall | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB DC | 11,160,847.00 | 245.0000 | -2,734,407,515.00 |
|  |  |  |  |  |  | 0.00 |  | 8,928,677.60 |
| 03/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | -10,486.00 | 62,500.0000 | 655,375,000.00 |
| 04/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | -41,944.00 | 0.0000 | 0.00 |
| 28/08/2014 | 02/09/2014 | Recall | Colbrook Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | 52,430.00 | 13,830.0000 | -725,106,900.00 |
|  |  |  |  |  |  | 0.00 |  | -69,731,900.00 |
| 03/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | -11,772.00 | 65,000.0000 | 765,180,000.00 |
| 04/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | -47,088.00 | 0.0000 | 0.00 |
| 03/09/2014 | 08/09/2014 | Recall | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | 58,860.00 | 14,490.0000 | -852,281,400.00 |
|  |  |  |  |  |  | 0.00 |  | -87,701,400.00 |
| 08/04/2014 | 09/04/2014 | Lend | Colbrook Limited | TRYG A/S | TRYG | -124,996.00 | 551.5000 | 68,935,294.00 |
| 08/09/2014 | 11/09/2014 | Recall | Colbrook Limited | TRYG A/S | TRYG | 124,996.00 | 574.0000 | -71,747,704.00 |
|  |  |  |  |  |  | 0.00 |  | -2,812,410.00 |
| 13/05/2014 | 14/05/2014 | Lend | Colbrook Limited | COLOPLAST-B | COLOB | -561,969.00 | 468.1000 | 263,057,688.90 |
| 08/09/2014 | 11/09/2014 | Recall | Colbrook Limited | COLOPLAST-B | COLOB | 561,969.00 | 483.9000 | -271,936,799.10 |
|  |  |  |  |  |  | 0.00 |  | -8,879,110.20 |
| 12/08/2014 | 13/08/2014 | Lend | Colbrook Limited | TDC A/S | TDC | -2,790,175.00 | 51.3500 | 143,275,486.25 |
| 05/11/2014 | 07/11/2014 | Recall | Colbrook Limited | TDC A/S | TDC | 2,790,175.00 | 45.0000 | -125,557,875.00 |
|  |  |  |  |  |  | 0.00 |  | 17,717,611.25 |
|  |  |  |  |  |  |  | DKK Total | 246,539,980.45 |
| 24/04/2014 | 25/04/2014 | Lend | Colbrook Limited | BELGACOM SA | BELG | -447,205.00 | 22.5000 | 10,062,180.00 |
| 09/09/2014 | 12/09/2014 | Recall | Colbrook Limited | BELGACOM SA | BELG | 447,208.00 | 27.2000 | -12,164,057.60 |
|  |  |  |  |  |  | 0.00 |  | -2,101,877.60 |
| 02/05/2014 | 05/05/2014 | Lend | Colbrook Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | -160,671.00 | 74.4500 | 11,961,955.95 |
| 09/09/2014 | 12/09/2014 | Recall | Colbrook Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | 160,671.00 | 73.5800 | -11,822,172.18 |
|  |  |  |  |  |  | 0.00 |  | 139,783.77 |
| 07/05/2014 | 08/05/2014 | Lend | Colbrook Limited | AGEAS | AGS | -565,233.00 | 31.1300 | 17,597,259.79 |

| Date | Type | Security | Counterparty | AGEAS | AGS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/09/2014 | | | Colbrook Limited | | | 565,283.00 | 25.3500 | | -14,359,924.05 |
| | | | | | | | | | 3,267,335.74 |
| 07/05/2014 | Recall | | Colbrook Limited | ANHEUSER-BUSCH INBEV NV | ABI | -1,636,581.00 | 77.2200 | | 127,195,075.32 |
| 15/09/2014 | Lend | | Colbrook Limited | ANHEUSER-BUSCH INBEV NV | ABI | 1,636,581.00 | 86.3700 | | -141,351,500.97 |
| 10/09/2014 | Recall | | | | | 0.00 | | | 14,156,425.65 |
| | | | | | | | | EUR Total | 12,851,183.74 |

Cash Collateral Detail
Settlement Date | Type | Security | Counterparty | Quantity | Spot Price | Base | Spot Price | | |

| 04/03/2014 | Lend | NOVOZYMES A/S-B | | -1,105,336 | 254.0000 | -280,755,344.00 | 267.4000 | 295,566,846.40 |
| | | | | | | | Total MTM | 14,811,502.40 |
| 12/03/2014 | Lend | TDC A/S | | -3,897,034 | 52.6500 | -205,179,340.10 | 52.7500 | 205,568,543.50 |
| | | | | | | | Total MTM | 389,703.40 |
| 24/03/2014 | Lend | Danske Bank A/S | | -3,494,765 | 145.7000 | -509,279,060.50 | 154.4000 | 540,209,316.00 |
| | | | | | | | Total MTM | 30,439,255.50 |
| 25/03/2014 | Lend | PANDORA A/S | | -502,962 | 356.0000 | -179,054,136.00 | 410.8000 | 206,616,378.80 |
| | | | | | | | Total MTM | 27,562,262.80 |
| 26/03/2014 | Lend | CARLSBERG AS-B | | -543,456 | 522.0000 | -283,683,936.00 | 582.5000 | 316,559,625.00 |
| | | | | | | | Total MTM | 32,878,725.00 |
| 26/03/2014 | Lend | NOVO NORDISK A/S-B | | -11,160,947 | 245.8000 | -2,743,336,192.60 | 245.0000 | 2,734,407,515.00 |
| | | | | | | | Total MTM | -8,928,677.60 |
| 04/04/2014 | Lend | AP MOELLER-MAERSK A/S-A | | -10,486 | 62,500.0000 | -655,375,000.00 | 13,830.0000 | 725,106,900.00 |
| 04/04/2014 | Lend | AP MOELLER-MAERSK A/S-A - 400% STOCK DIVIDEND | | -41,944 | 0.0000 | 0.00 | 0.0000 | 0.00 |
| | | | | | | | Total MTM | 69,731,900.00 |
| 04/04/2014 | Lend | AP MOELLER-MAERSK A/S-B | | -11,772 | 65,000.0000 | -765,180,000.00 | 14,490.0000 | 852,881,400.00 |
| 04/04/2014 | Lend | AP MOELLER-MAERSK A/S-B - 400% STOCK DIVIDEND | | -47,088 | 0.0000 | 0.00 | 0.0000 | 0.00 |
| | | | | | | | Total MTM | 87,701,400.00 |
| 09/04/2014 | Lend | TRYG A/S | | -124,956 | 551.5000 | -68,935,234.00 | 574.0000 | 71,747,704.00 |
| | | | | | | | Total MTM | 2,812,410.00 |
| 14/05/2014 | Lend | COLOPLAST-B | | -561,969 | 468.1000 | -263,057,688.90 | 483.9000 | 271,936,799.10 |
| | | | | | | | Total MTM | 8,879,110.20 |
| 13/08/2014 | Lend | TDC A/S | | -2,790,575 | 51.3500 | -143,275,426.25 | 45.0000 | 125,557,875.00 |
| | | | | | | | Total MTM | -17,717,551.25 |
| | | | | | | | Total Cash Collateral MTM | 248,559,980.45 |
| 25/04/2014 | Lend | BELGACOM SA | | -447,258 | 22.5000 | -10,063,163.00 | 27.2000 | 12,164,057.60 |
| | | | | | | | Total MTM | 2,101,877.60 |
| 05/05/2014 | Lend | GROUPE BRUXELLES LAMBERT SA | | -160,673 | 74.4500 | -11,961,095.95 | 73.5800 | 11,822,172.18 |
| | | | | | | | Total MTM | -139,783.77 |
| 08/05/2014 | Lend | AGEAS | | -565,283 | 31.1300 | -17,597,259.79 | 25.3500 | 14,329,924.05 |
| | | | | | | | Total MTM | -3,267,335.74 |
| 08/05/2014 | Lend | ANHEUSER-BUSCH INBEV NV | | -1,636,581 | 77.2200 | -127,135,075.82 | 86.3700 | 141,351,500.97 |
| | | | | | | | Total MTM | 14,156,425.65 |
| | | | | | | | Total Cash Collateral MTM | 12,851,183.74 |

Stock Loan Fees and Rebates
Settle Date | Borrower | Type | Security | Spot Cost | | | Rate | Accrual Including Fees | | |

| Security | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **NOVOZYMES A/S-B** | | | | | | | | |
| | 04/03/2014 | -1,105,336 | 280,755,344.00 | 98.00 | 0.37692% | 288,071.83 | 0.70000% | -534,994.91 |
| **TDC A/S** | | | | | | | | |
| | 12/03/2014 | -3,897,034 | 205,178,840.10 | 91.00 | 0.39539% | 205,067.64 | 0.70000% | -363,052.36 |
| **Danske Bank A/S** | | | | | | | | |
| | 24/03/2014 | -3,498,765 | 509,770,060.50 | 79.00 | 0.39767% | 444,858.35 | 0.70000% | -783,063.45 |
| **PANDORA A/S** | | | | | | | | |
| | 25/03/2014 | -502,953 | 179,054,116.00 | 80.00 | 0.40000% | 159,159.21 | 0.70000% | -278,528.52 |
| **CARLSBERG AS-B** | | | | | | | | |
| | 26/03/2014 | -543,456 | 283,680,900.00 | 79.00 | 0.40010% | 249,071.04 | 0.70000% | -435,765.38 |
| **NOVO NORDISK A/S-B** | | | | | | | | |
| | 26/03/2014 | -11,160,847 | 2,743,336,192.60 | 82.00 | 0.40010% | 2,500,108.96 | 0.76110% | -4,755,875.28 |
| **AP MOELLER-MAERSK A/S-A** | | | | | | | | |
| | 04/04/2014 | -10,486 | 655,375,000.00 | 151.00 | 0.22000% | 604,765.49 | 0.70000% | -1,324,252.52 |
| | 04/04/2014 | -41,964 | | 151.00 | 0.22000% | 0.00 | 0.70000% | 0.00 |
| **AP MOELLER-MAERSK A/S-B** | | | | | | | | |
| | 04/04/2014 | -11,772 | 765,180,000.00 | 157.00 | 0.22000% | 734,147.70 | 0.70000% | -2,335,923.50 |
| | 04/04/2014 | -47,028 | | 157.00 | 0.22000% | 0.00 | 0.70000% | 0.00 |
| **TRYG A/S** | | | | | | | | |
| | 09/04/2014 | -124,956 | 68,935,294.00 | 155.00 | 0.22875% | 67,894.08 | 0.70000% | -207,763.32 |
| **COLOPLAST-B** | | | | | | | | |
| | 14/05/2014 | -561,989 | 263,057,688.90 | 120.00 | 0.25778% | 226,036.70 | 0.70000% | -613,801.27 |
| **TDC A/S** | | | | | | | | |
| | 13/08/2014 | -2,790,175 | 143,275,486.25 | 86.00 | 0.23492% | 80,405.88 | 0.70000% | -239,585.45 |
| ::::  | | | | | **Stock Loan Fee Total** | **5,559,586.89** | **Interest Rebate Total** | **-12,472,611.17** |
| **BELGACOM SA** | | | | | | | | |
| | 25/04/2014 | -447,258 | 10,062,180.00 | 140.00 | 0.30074% | 11,768.32 | 0.70000% | -27,291.49 |
| **GROUPE BRUXELLES LAMBERT SA** | | | | | | | | |
| | 05/05/2014 | -160,671 | 11,961,955.95 | 130.00 | 0.30856% | 13,328.54 | 0.70000% | -30,237.17 |
| **AGEAS** | | | | | | | | |
| | 08/05/2014 | -565,283 | 17,597,259.79 | 130.00 | 0.31040% | 19,724.57 | 0.70000% | -44,421.96 |
| **ANHEUSER-BUSCH INBEV NV** | | | | | | | | |
| | 08/05/2014 | -1,636,581 | 127,195,075.32 | 130.00 | 0.31040% | 142,571.55 | 0.53609% | -246,236.75 |
| | | | | | **Stock Loan Fee Total** | **187,392.99** | **Interest Rebate Total** | **-348,187.37** |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 565533, Company Registration Number OC362999, VAT Registration Number 123 3362 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately referred to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

Highly Confidential                                                                                    MPSKAT00158805



**Cash Transaction Statement**

| From | 01 January 2014 | to | 16 March 2015 |
|---|---|---|---|

| Account Name: | RJM Capital Pension Plan |
|---|---|
| Account Number: | RJM01 |

### Cash — Currency: EUR

| Date | Description | Credit | Debit | Balance |
|---|---|---|---|---|
| | Opening Balance | | | 0.00 |
| | Equity Settlements | | 12,851,183.74 | 12,851,183.74 |
| | Stock Loan Settlements | | -12,851,183.74 | 0.00 |
| | Dividends | | 3,177,524.44 | 3,177,524.44 |
| | Variation Margin | | 0.00 | 3,177,524.44 |
| | Stock Loan Interest & Fee | | -160,954.38 | 3,016,570.06 |
| | Initial Margin | | 0.00 | 3,016,570.06 |
| | Stock Margin | | 12,851,183.74 | 15,867,753.80 |
| | Realised Futures P&L | | -15,867,753.80 | 0.00 |
| | | | | 0.00 |

### Cash — Currency: DKK

| Date | Description | Credit | Debit | Balance |
|---|---|---|---|---|
| | Opening Balance | | | 5,300.56 |
| 02/01/2014 | GOAL Tax Reclaim | 1,268,258.92 | | 1,273,559.48 |
| 02/01/2014 | GSS Invoice 105 | | -845,548.22 | 428,011.26 |
| 07/01/2014 | GOAL Tax Reclaim | 1,872,061.07 | | 2,300,072.33 |
| 07/01/2014 | GSS Invoice 131 | | -1,248,103.11 | 1,051,969.22 |
| 08/01/2014 | FX to USD @ 5.469243 | | -422,710.70 | 629,258.52 |
| 09/01/2014 | FX to USD @ 5.49253 | | -629,258.52 | 0.00 |
| | Equity Settlements | | 248,559,980.45 | 248,559,980.45 |
| | Stock Loan Settlements | | -248,559,980.45 | 0.00 |
| | Dividends | | 85,515,290.31 | 85,515,290.31 |
| | Variation Margin | | 0.00 | 85,515,290.31 |
| | Stock Loan Interest & Fee | | -6,913,024.67 | 78,602,265.63 |
| | Initial Margin | | 0.00 | 78,602,265.63 |
| | Stock Margin | | 248,559,980.45 | 327,162,246.08 |
| | Realised Futures P&L | | -327,162,246.08 | 0.00 |
| | | | | 0.00 |

### Cash — Currency: USD

| Date | Description | Debit/Credit | Balance |
|---|---|---|---|
| | Opening Balance | | 21,168.10 |
| 08/01/2014 | FX from DKK @ 5.469243 | 77,288.70 | 98,456.80 |
| 09/01/2014 | FX from DKK @ 5.49253 | 114,566.24 | 213,023.04 |
| 15/01/2014 | Payment to REM01 | -163,023.04 | 50,000.00 |
| 15/01/2014 | Bank Charge | -32.07 | 49,967.93 |
| 31/01/2014 | Custody Fee January 14 @ 1.3486 | -1,685.75 | 48,282.18 |
| 26/02/2014 | Trading Fees @ 1.3672 | -4,122.11 | 44,160.07 |
| 28/02/2014 | Custody Fee February 14 @ 1.3802 | -2,070.30 | 42,089.77 |
| 06/03/2014 | Trading Fees @ 1.3859 | -4,178.49 | 37,911.28 |
| 18/03/2014 | Trading Fees @ 1.3922 | -4,197.48 | 33,713.80 |
| 19/03/2014 | Trading Fees @ 1.3916 | -4,195.67 | 29,518.13 |
| 20/03/2014 | Trading Fees @ 1.3776 | -8,389.58 | 21,128.55 |
| 26/03/2014 | Cash Receipt from REM01 | 39,965.09 | 61,093.64 |
| 31/03/2014 | Trading Fees @ 1.3772 | -8,325.17 | 52,768.47 |
| 31/03/2014 | TAS Platform Fee March 14 @ 1.3772 | -2,065.80 | 50,702.67 |
| 03/04/2014 | Trading Fees @ 1.3721 | -5,513.83 | 45,188.84 |
| 08/04/2014 | Trading Fees @ 1.3796 | -689.80 | 44,499.04 |
| 30/04/2014 | TAS Platform Fee April 14 @ 1.3866 | -2,079.90 | 42,419.14 |
| 08/05/2014 | Trading Fees @ 1.3861 | -4,179.09 | 38,240.05 |
| 08/05/2014 | Trading Fees @ 1.3861 (Charity Donation) | -4,179.09 | 34,060.96 |
| 13/05/2014 | Trading Fees @ 1.3699 | -684.95 | 33,376.01 |
| 30/05/2014 | TAS Platform Fee May 14 @ 1.3635 | -2,045.25 | 31,330.76 |
| 03/06/2014 | Trading Fees @ 1.3633 | -4,792.00 | 26,538.76 |
| 04/06/2014 | Trading Fees @ 1.3608 | -9,566.42 | 16,972.34 |
| 10/06/2014 | Trading Fees @ 1.3546 | -9,522.84 | 7,449.50 |
| 11/06/2014 | Trading Fees @ 1.3536 | -4,839.10 | 2,610.40 |
| 23/06/2014 | Cash Receipt from REM01 | 20,964.77 | 23,575.17 |
| 30/06/2014 | TAS Platform Fee June 14 @ 1.369 | -2,053.50 | 21,521.67 |

| Date | Description | Credit | Debit | Balance |
|---|---|---:|---:|---:|
| 31/07/2014 | TAS Platform Fee July 14 @ 1.3385 | | -2,007.75 | 19,513.92 |
| 04/08/2014 | Cash Receipt from REM01 | 38,964.90 | | 58,478.82 |
| 07/08/2014 | Trading Fees @ 1.3351 | | -4,025.33 | 54,453.49 |
| 28/08/2014 | Trading Fees @ 1.3175 | | -5,318.77 | 49,134.72 |
| 31/08/2014 | TAS Platform Fee August 14 @ 1.3132 | | -1,969.80 | 47,164.92 |
| 03/09/2014 | Trading Fees @ 1.3141 | | -4,638.77 | 42,526.15 |
| 08/09/2014 | Trading Fees @ 1.2934 | | -9,092.60 | 33,433.55 |
| 30/09/2014 | TAS Platform Fee September 14 @ 1.2629 | | -1,894.35 | 31,539.20 |
| 31/10/2014 | TAS Platform Fee October 14 @ 1.2525 | | -1,878.75 | 29,660.45 |
| 05/11/2014 | Trading Fees @ 1.2492 | | -4,390.94 | 25,269.51 |
| 30/11/2014 | TAS Platform Fee November 14 @ 1.2452 | | -1,867.80 | 23,401.71 |
| 31/12/2014 | TAS Platform Fee December 14 @ 1.2098 | | -1,814.70 | 21,587.01 |
| 03/03/2015 | Cash Payment to REM01 | | -21,587.01 | -0.00 |
| | Equity Settlements | | 0.00 | 0.00 |
| | Stock Loan Settlements | | 0.00 | 0.00 |
| | Dividends | | 0.00 | 0.00 |
| | Variation Margin | | 0.00 | 0.00 |
| | Stock Loan Interest & Fee | | 0.00 | 0.00 |
| | Initial Margin | | 0.00 | 0.00 |
| | Stock Margin | | 0.00 | 0.00 |
| | Realised Futures P&L | | 0.00 | 0.00 |
| | | | | 0.00 |

***SOLO CAPITAL PARTNERS LLP** is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. **ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.***

Highly Confidential    MPSKAT00158807