# Exhibit 100

Basalt Vent LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

### BVL01 - DKK Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Aug-14 | Cash | Opening Balance | 0.00 | | 0.00 |
| 07-Jan-14 | Cash | GOAL Tax Reclaim - TDC A/S | 1,155,227.52 | | 1,155,227.52 |
| 12-Jan-15 | Cash | GSS Invoice 00542 - PAID ON BEHALF | | -873,848.36 | 281,379.16 |
| 10-Feb-15 | FX | FX to USD @ 6.5679 | | -281,379.16 | 0.00 |
| 12-Jun-15 | | Closing Balance | | | 0.00 |

### BVL01 - EUR Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Aug-14 | Cash | Balance Brought Forward | 0.00 | | 0.00 |
| 12-Jun-15 | | Closing Balance | | | 0.00 |

### BVL01 - GBP Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Aug-14 | Cash | Balance Brought Forward | 0.00 | | 0.00 |
| 12-Jun-15 | | Closing Balance | | | 0.00 |

### BVL01 - USD Account

HIGHLY CONFIDENTIAL

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 01-Aug-14 | Cash | Balance Brought Forward | 0.00 | 0.00 |
| 06-Aug-14 | Trade | Cash Receipt | 39,989.88 | 39,989.88 |
| 07-Aug-14 | Trade | Trading Fees @ 1.3351 | -4,025.33 | 35,964.55 |
| 12-Aug-14 | Trade | Trading Fees @ 1.3360 | -668.00 | 35,296.55 |
| 31-Aug-14 | Trade | OPL TAS Platform Fee - August 14 | -1,969.80 | 33,326.75 |
| 30-Sep-14 | Trade | OPL TAS Platform Fee - September 14 @ 1.2629 | -1,894.35 | 31,432.40 |
| 31-Oct-14 | Trade | OPL TAS Platform Fee - October 14 @ 1.2525 | -1,878.75 | 29,553.65 |
| 05-Nov-14 | Trade | Trading Fees @ 1.2492 | -4,390.94 | 25,162.71 |
| 25-Nov-14 | Trade | Bastion Capital London Q3 Broker Fee - PAID ON BEHALF | -313.18 | 24,849.53 |
| 30-Nov-14 | Trade | OPL TAS Platform Fee - November 14 @ 1.2485 | -1,867.80 | 22,981.73 |
| 31-Dec-14 | Trade | OPL TAS Platform Fee - December 14 @ 1.2098 | -1,814.70 | 21,167.03 |
| 13-Jan-15 | Invoice | Ballygate Capital Limited Q4 Broker Fee - PAID ON BEHALF | -262.97 | 20,904.06 |
| 31-Jan-15 | Trade | OPL TAS Platform Fee - January 15 @ 1.1341 | -1,701.15 | 19,202.91 |
| 10-Feb-15 | FX | FX from DKK @ 6.5679 | 42,841.57 | 62,044.48 |
| 09-Jun-15 | Invoice | Sunrise Brokers Invoice paid on behalf | -1,404.52 | 60,639.96 |
| 11-Jun-15 | transfer | Transfer to Telesto | -60,639.96 | 0.00 |
| 12-Jun-15 | | Closing Balance | | 0.00 |

HIGHLY CONFIDENTIAL

JHVM_0003821