```
 1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2            MASTER DOCKET 18-MD-2865(LAK)
                 CASE NO. 18-CV-09797
 3
      _____
 4                                        )
      IN RE:                              )
 5                                        )
      CUSTOMS AND TAX ADMINISTRATION OF   )
 6    THE KINGDOM OF DENMARK              )
      (SKATTEFORVALTNINGEN) TAX REFUND    )
 7    SCHEME LITIGATION                   )
                                          )
 8    _____)

 9

10

11              C O N F I D E N T I A L

12

13

14    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                   EXAMINATION OF

16                   ROGER LEHMAN

17                     VOLUME I

18              DATE: August 9, 2021

19

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Roger Lehman — August 9, 2021

Page 15

```
 1    R O G E R   L E H M A N,

 2              called as a witness, having been first

 3    duly sworn according to law, testifies as follows:

 4

 5

 6    EXAMINATION BY MR. WEINSTEIN:

 7         Q    Good morning, Mr. Lehman.  My name

 8    is Marc Weinstein.  I'm with the firm of

 9    Hughes, Hubbard & Reed.  We represent the

10    plaintiff SKAT in these cases.

11         A    Good morning.

12         Q    Throughout the day today, I will be

13    asking you questions.  I'd just ask that if

14    we could both try to go slowly, not speak

15    over each other so that the court reporter

16    can get it down, it will make for a good

17    record.

18              If there's any question that you

19    haven't heard or you don't think you

20    understand, just let us know so that we can

21    either repeat it or clarify the question, so

22    that if you have answered, we'll all

23    understand at the end of the deposition that

24    you understood and heard the question and

25    were able to answer fully.
```

CONFIDENTIAL
Roger Lehman — August 9, 2021

```
 1      Q    Did there come a time where you
 2   left FGC Securities?
 3      A    Yes.
 4      Q    Okay.
 5      A    I no longer work there.
 6      Q    When did you stop working at FGC?
 7      A    I -- I don't remember, but their
 8   website makes it official when you leave a
 9   broker dealer.  It was sometime in 2013.  I
10   would have to look.
11           The end, maybe, of September, if I
12   had to guess.
13      Q    Why did you leave?
14      A    I think it was because I -- you
15   know, the idea was I was going to start
16   working for Solo.  And I did so, I think,
17   just for a month, working for an entity
18   called Telesto.
19           I don't remember the full name,
20   Capital Markets, Inc. or something, and the
21   idea was that I was going to open the U.S.
22   side of the business.  I think it was going
23   to be a broker dealer, you know, not unlike
24   FGC.
25           And in the meantime, I started
```

```
 1    helping compile reclaim applications, but it

 2    didn't last very long.  And that's when I

 3    decided to start my own business as a -- you

 4    know, and be the authorized trader for some

 5    of the pension plans.

 6         Q    Did you have discussions with

 7    Sanjay Shah about leaving FGC and opening up

 8    a U.S. side of his business?

 9         A    Nothing I remember specifically,

10    but I assume so.

11         Q    Do you recall any conversations you

12    had with anyone at Solo Capital about leaving

13    FGC and opening up a U.S. side of Solo's

14    business?

15         A    No.

16         Q    Do you recall having a meeting in

17    the spring of 2013 with Sanjay Shah, Raj

18    Shah, Carly Alot, Craig Price, and others?

19         A    Do I remember it happening?  Yes.

20         Q    Okay.  Where did that happen?

21         A    I have no recollection of Carly

22    Alot.  I do remember meeting Craig Price in

23    New York.

24         Q    Do you recall who else was at the

25    meeting?
```

CONFIDENTIAL
Roger Lehman - August 9, 2021

1    it works.

2            It was obviously very simple.  You

3    fill out an LLC form with the company, and

4    follow the steps.  And often they would ask

5    about how the money works, and I would always

6    make sure to not have that conversation, but

7    direct them back to Sanjay or whoever.

8            Because I didn't control any of

9    the -- any of the P&L.  So, you know, at this

10   point, I didn't want to have that

11   conversation.

12       Q    Well, when you decided to

13   participate with your own pension plan, what

14   kind of profit and loss were you told would

15   be made by your pension plan?

16       A    At that very beginning stage, I was

17   told I would be paid an introducing broker

18   fee of $1 million for signing up my pension.

19       Q    You'd be paid on introducing broker

20   fee to introduce your own pension plan?

21       A    Yes.

22       Q    And when would you get paid --

23   well, withdrawn.

24            Who told you that?

25       A    I believe it was Sanjay Shah.

CONFIDENTIAL
Roger Lehman — August 9, 2021

1    where at first I felt like they hired me, and

2    then I moved to FGC, I thought I would be.

3    And then, I think for that month where I was

4    helping file the reclaims for the existing

5    clients, I did.

6           And then it became clear towards

7    the end of the summer, I guess, that I would

8    be working for Valerius and doing the trading

9    on behalf of the plans, so obviously not an

10   employee of Solo Capital.

11   Q    Did Solo Capital ever pay you or

12   Valerius for work that you did?

13   A    Yes.  I don't remember when the

14   payments stopped exactly.

15   Q    Were they consistent periodic

16   payments?

17   A    For a few months, maybe.  Again,

18   I'd have to check.

19          I don't know.

20   Q    How much were you paid each month?

21   A    If memory serves, it was 10,000

22   U.S. dollars a month.

23   Q    Did you establish a pension plan in

24   connection with the Valerius LLC?

25   A    Yes.

CONFIDENTIAL
Roger Lehman — August 9, 2021

Page 155

```
 1        Q    Was that called the Valerius LLC
 2   Solo 401(k) Plan?
 3        A    Yes.
 4        Q    For what purpose did you establish
 5   that plan?
 6        A    The purpose of any pension plan is
 7   to serve as the retirement account for
 8   employees of that LLC.
 9        Q    Was one of the reasons you
10   established that plan to participate in the
11   trading that was being done on the Solo
12   platform?
13        A    It was an activity I chose to do
14   with the plan.
15        Q    Were there any other activities
16   that you chose to do with the plan?
17        A    Not that I remember.
18        Q    Were you the trustee for the
19   Valerius pension plan?
20        A    Yes.
21        Q    Were there any other trustees?
22        A    I don't -- no, I don't think so.
23        Q    Were you a sole beneficiary of the
24   plan?
25        A    Yes.
```

```
 1              MR. LOPICCOLO:  Objection to form.
 2       A     Because that's the price we needed
 3    to pay the broker.
 4       Q     So was the -- that was the only
 5    factor on setting the price for the stock
 6    loan, the amount of money that was required
 7    by the pension plan to pay for the stock?
 8              MR. LOPICCOLO:  Objection to form.
 9       A     I would say that it's difficult for
10    me to commit to these intricacies.  I would
11    say yes, I think the counterparty, Neoteric
12    in this case, gets paid a fee, and, you know,
13    whatever to make up for maybe a price
14    difference.
15              But the plan, I think, needed to
16    make the price the same in order to finance
17    the purchase of the shares.
18       Q     Right.  I understand why the plan
19    would need that price.
20              But why would Neoteric pay that
21    amount of money for stock?
22              MR. LOPICCOLO:  Objection to form.
23       A     I -- you'd have to call Neoteric.
24    I unfortunately don't remember why.
25              But I do remember they get a fair
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
 2                 MASTER DOCKET 18-MD-2865(LAK)
                      CASE NO. 18-CV-09797
 3

 4     _____
                                              )
       IN RE:                                 )
 5                                            )
       CUSTOMS AND TAX ADMINISTRATION OF      )
 6     THE KINGDOM OF DENMARK                 )
       (SKATTEFORVALTNINGEN) TAX REFUND       )
 7     SCHEME LITIGATION                      )
                                              )
 8     _____)

 9

10

11               C O N F I D E N T I A L

12           SUBJECT TO THE PROTECTIVE ORDER

13

14

15       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                     EXAMINATION OF

17                      ROGER LEHMAN

18                       VOLUME II

19              DATE: August 10, 2021

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Page 294

```
 1    R O G E R   L E H M A N,

 2              called as a witness, having been first

 3    duly sworn according to law, testifies as follows:

 4

 5

 6

 7

 8    CONTINUED EXAMINATION BY MR. WEINSTEIN:

 9         Q    Mr. Lehman, how many in-person

10    meetings did you have with lawyers from

11    Day Pitney?

12         A    One longer one.  I don't remember

13    if there was a second.

14              And there were a couple phone

15    calls.

16         Q    The one in-person meeting that you

17    recall, was that in their New York office?

18         A    I think -- I don't recall if it was

19    in their New York or New Jersey office.  I

20    believe they have both.

21         Q    Was David Doyle in the meeting?

22         A    Yes.

23         Q    Were there any other Day Pitney

24    lawyers there?

25         A    Yes, there was a man.  I believe
```

1    connection with the Solo Capital trading

2    program?

3        A    No.  My relationship with Jonny

4    stayed friendly.

5        Q    When we discussed yesterday your

6    Valerius pension plan, did there come a time

7    when you personally opened new pension plans

8    to participate in the trading?

9        A    Yes.

10        Q    Which plans did you establish to

11    participate?

12        A    There was one called

13    Aston Advisors, one called Sanford Villa, one

14    called RDL Consulting, and one FWC Capital,

15    if my memory serves.

16        Q    Why did you establish these four

17    additional pension plans?

18        A    The pension plans were established

19    to hold the -- well, to serve as the

20    retirement benefit plan for the LLCs.

21        Q    So did each one have an

22    employer-sponsored LLC?

23        A    Yes.

24        Q    Why did you -- well, were each of

25    those four new LLCs newly established in

1    2014?

2        A    To the best of my knowledge, yes.

3        Q    Why did you create each of those

4    LLCs?

5        A    I believe, at the time, the idea

6    was I would be making introducing broker fees

7    in all of them, and as a result, I'd have

8    some companies for investment purposes.

9        Q    Okay.  Didn't you already have the

10   Valerius LLC for that purpose?

11       A    I did.

12       Q    Why did you need four additional

13   LLCs to do the same work?

14       A    I don't remember exactly, but I,

15   for some reason, thought that the broker fees

16   would be better split up into different

17   companies.  And then I would have several

18   companies to use, again for investment

19   purposes.

20       Q    Why would the broker fees be better

21   to be split up amongst four companies than

22   put into the one company that you already

23   had?

24       A    I don't know.

25       Q    You understood that there would be

```
 1    open up four new pension plans?

 2         A    I don't remember whether or not

 3    there was encouragement.

 4         Q    Did he tell you that you would be

 5    compensated for each pension plan that was

 6    newly established?

 7         A    I was aware that I would make

 8    introducing broker fees for every plan I

 9    introduced to the Solo Capital platform.

10         Q    How much was the -- well,

11    withdrawn.

12              Yesterday, you mentioned that for

13    doing that with the Valerius plan, it was a

14    $1 million fee.

15              Right?

16         A    Yes, that's right.

17         Q    Was it the same fee for introducing

18    any new plan in 2014?

19         A    To be perfectly honest, I don't

20    remember exactly where the negotiation went.

21    I believe it started at a million, and maybe

22    worked its way down towards more like 7 or

23    $800,000 per plan.

24         Q    Who did you negotiate that with?

25         A    Mr. Shah.
```

```
 1              MR. LOPICCOLO:  Objection to form.

 2      A    I do not know what Ganymede did

 3   with the money after they received it.

 4      Q    Do you know how Ganymede obtained

 5   the money that it used to pay you and

 6   Mr. Godson?

 7              MR. LOPICCOLO:  Objection to form.

 8      A    No.

 9      Q    Are you familiar with an entity

10   called First Alton, Inc?  It's A-L-T-O-N.

11      A    Yes.

12      Q    What is that entity?

13      A    That was an S Corporation that I

14   owned and operated.

15      Q    When did you set up that

16   S Corporation?

17      A    I don't know.

18      Q    Does February 10, 2015 sound

19   correct to you?

20      A    If you have an exhibit there that

21   shows that, then possibly.

22      Q    All right.  I'm just asking if the

23   date, February 10, 2015, sounds around the

24   time that you formed First Alton, Inc.?

25      A    I cannot remember if it was summer
```

```
 1     of '14 or winter of '15 considering how long

 2     ago it was.

 3          Q    Who owned that corporation?

 4          A    Me.

 5          Q    Were there any other owners?

 6          A    No.

 7          Q    Why did you create that entity?

 8          A    I don't remember exactly why.  But

 9     I do remember that instead of my LLCs

10     receiving the introducing broker fees, that I

11     received advice from an accountant who

12     suggested an S Corporation would be smarter.

13          Q    So once you established the

14     S Corporation, did you no longer use the LLCs

15     for purposes of receiving your fees?

16          A    I'm not sure.  But yes, that seems

17     like a fair statement.

18          Q    Can you take a look at

19     Exhibit 4027?

20               (Whereupon the above mentioned was

21          marked for Identification.)

22          A    Okay.

23          Q    This is a series of invoices from

24     First Alton, Inc. to Ganymede Cayman Limited.

25     The first one is dated February 24, 2015.
```

Page 465

```
 1      It's for 894,703.15 Euros, and the
 2      description is "Advisory fees."
 3                What was that for?
 4           A    This was definitely for the
 5      introducing broker fees, which I've mentioned
 6      previously.
 7           Q    And so that amount, was that for
 8      the introduction of one pension plan?
 9           A    I'm not sure.
10           Q    Do you know for which plan or plans
11      that was an invoice for?
12           A    No.
13           Q    Would you have any records that
14      would indicate for which plan you were
15      issuing invoices to Ganymede Cayman Limited?
16           A    I don't think so, no.
17           Q    How would Ganymede Cayman Limited
18      know to pay this invoice if there's no
19      indication as to which plan it's for?
20                MR. LOPICCOLO:  Objection to form.
21           A    I'm not sure.  You would have to
22      ask Ganymede, I guess.
23           Q    Would you have any conversations
24      with anyone at Ganymede in connection with
25      the invoices to make sure they were paid?
```

```
 1        A    Yes, I think there were probably
 2    times where I had to correspond with somebody
 3    there.
 4        Q    Did you have a specific contact
 5    person?
 6        A    Probably Sanjay Shah.
 7        Q    The next invoice is dated May 1,
 8    2015 in the amount of 1,060,000 U.S. dollars.
 9             Was that also for introducing
10    pension plans?
11        A    Yes.
12        Q    Do you know how many plans that
13    entailed?
14        A    No.
15        Q    Do you know the identity of the
16    plan or plans for which that invoice was
17    issued?
18        A    No.
19        Q    The next invoice is May 27, 2015 in
20    the amount of $2,012,559.
21             Was that also an introductory
22    brokerage fee?
23        A    Yes.
24        Q    Do you know for how many plans?
25        A    No.
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 467

```
 1          Q    Do you know for which plans?

 2          A    No.

 3          Q    The next invoice is June 18, 2015

 4     in the amount of $1,998,099.59.

 5               Was that also an introductory

 6     brokerage fee for introducing pension plans?

 7          A    Yes.

 8          Q    Do you know for how many plans?

 9          A    No.

10          Q    Do you know for which ones?

11          A    No.

12          Q    The last invoice in this series is

13     dated July 12, 2015 in the amount of

14     $12,989,785.90.

15               Was that also an introductory

16     brokerage fee?

17          A    Yes.

18          Q    Do you know how many plans that

19     entailed?

20          A    No.

21          Q    Other than -- as far as you recall,

22     did you receive the introductory brokerage

23     fee for each of your five pension plans?

24          A    Like I said, I don't know what

25     plans.  But I would say yes, I did receive
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 468

```
 1    the fees.
 2        Q    Okay.  Other than for those five
 3    pension plans, do you recall what other plans
 4    you introduced for which you sought an
 5    introductory brokerage fee?
 6        A    Yes.
 7        Q    Which plans do you recall
 8    introducing for which you sought a fee?
 9        A    The -- do you -- would you like me
10    to name the plans?  I won't be able to do
11    that.
12        Q    Well, if you remember the plans,
13    you can give those names.  If you remember
14    the individuals for which they were set up,
15    you can give that.
16        A    Yeah, the new -- the ones that
17    Svetlin opened, and the ones that the
18    Crescenzos opened, and the ones I opened.
19    And that's all I can remember.
20        Q    With respect to the Crescenzos, for
21    which of the members of that family did you
22    get introductory fees?
23        A    The ones that he opened later.  And
24    I think there was 15 of them.
25        Q    Did you inform Gavin Crescenzo that
```

Confidential – Subject to The Protective Order
Roger Lehman – August 10, 2021

Page 473

```
 1        Q    All right.  First Alton had a bank
 2   account at Chase.
 3             Is that right?
 4        A    Yes, that's what it looks like.
 5        Q    Does that account still exist?
 6        A    I do not believe so.
 7        Q    When did you shut down that
 8   account?
 9        A    I do not remember.
10        Q    Where did the money go that went
11   into that account?
12        A    Could you be more specific?
13        Q    Yeah.  How did you use the money
14   that went into that account?
15        A    I had to pay income tax on it, and
16   then I either invested it or spent it.
17        Q    When you -- was any of the money in
18   the First Alton account at Chase Bank
19   transferred to any other bank accounts that
20   you control?
21        A    I don't remember.
22        Q    When you shut down the First Alton
23   bank account, was there still money in it?
24        A    If there was, I'm sure I withdrew
25   it.
```

1        Q    Did you withdraw it in cash, or did

2    transfer it to another account?

3        A    I am sure I transferred it to

4    another account, although I do not remember

5    any of this happening.

6        Q    How did you invest any of the money

7    that went into the First Alton bank account?

8        A    Many different ways; stocks, bonds,

9    real estate, private equity.

10       Q    Do you have investment accounts

11   which have assets that result from the money

12   that you received for First Alton?

13            MR. LOPICCOLO:  Objection to form.

14       A    What do you mean, "investment

15   accounts?"

16       Q    Well, you said some of what you did

17   with it was to purchase equities.

18            Right?

19       A    Yes, I do have investment accounts.

20       Q    All right.  Are there any that

21   exist today that have assets in them that

22   were purchased with money that you got from

23   First Alton?

24       A    I don't know if the money is in

25   there from First Alton.