# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 21-03-2014
Currency       : USD

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY16APR2014 | NFY16APR2014BCLEAR | 35,000.00 Sh | 243.1300 | 239.2200 | 850,955,000.00 Cr | 837,270,000.00 Dr | 13,685,000.00 Cr | DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 47,500.00 Sh | 142.6300 | 145.3100 | 677,492,500.00 Cr | 690,222,500.00 Dr | 12,730,000.00 Dr | DKK |
| OGY20JUN2014 | OGY20JUN2014BCLEAR | 30,000.00 Sh | 140.8500 | 145.3500 | 422,550,000.00 Cr | 436,050,000.00 Dr | 13,500,000.00 Dr | DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 20,000.00 Sh | 49.3836 | 49.4500 | 98,767,200.00 Cr | 98,900,000.00 Dr | 132,800.00 Dr | DKK |
| TKF20JUN2014 | TKF20JUN2014BCLEAR | 30,000.00 Sh | 50.7861 | 49.4400 | 152,358,200.00 Cr | 148,320,000.00 Dr | 4,038,200.00 Cr | DKK |
| | | | | | 2,202,122,900.00 Cr | 2,210,762,500.00 Dr | 8,639,600.00 Dr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 18-03-14 | 24-03-14 | Normal | BUY | 2,500,000.00 | DANSKE DC | 144.2149 | 360,537,300.00 Dr | DKK |
| 18-03-14 | 24-03-14 | Normal | BUY | 2,250,000.00 | DANSKE DC | 144.2149 | 324,483,570.00 Dr | DKK |
| 20-03-14 | 26-03-14 | Normal | BUY | 3,500,000.00 | NOVOB DC | 246.7033 | 863,461,375.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203304 | 20-12-13 27-12-13 | 26-03-14 | COLOB DC COLOPLAST-B | 500,000 | S | 353.2000 | 176,600,000 | DKK | 435.2000 | -41,000,000 | | Fixed | 0.0000 | 0.00 |
| 172560 | 12-11-13 15-11-13 | 12-11-14 | VEON US VEON LTD | 684,000 | S | 12.9900 | 8,885,160 | USD | 8.8900 | 2,804,400 | | Fixed | 0.0000 | 0.00 |

# Account Equity

```
ED&F Man Capital Markets Ltd                         Account Number: CC:AMERIC-INVGR
3 London Bridge Street                               Account Name  : American Investment Group of NY
London SE1 9SG                                       Date          : 21-03-2014
United Kingdom                                       Currency      : USD
```

## Account Summary

```
Item                                     Amount (USD)
---------------------------------------- ==========================
Value of opening currency balance        169,190,617.41 Dr
Value of trades settling today                     0.00 Cr
Value of Rec/Del today                             0.00 Cr
Value of Deposits/Withdrawls today           640,674.06 Cr
---------------------------------------- ==========================
Value of closing currency balance(s)     168,549,943.34 Dr

Cash Collateral Pending Settlement                 0.00 Cr
Financed Cash Pending Settlement                   0.00 Cr
NonFX Proceeds Pending Settlement        286,130,717.11 Dr
---------------------------------------- ==========================
Trade Date Cash Balance                  454,680,660.45 Dr

Market Value of Positions                454,736,414.87 Cr
Mkt Val of Unsettled Fin Positions                 0.00 Cr
Mkt Val of Settled Fin Positions                   0.00 Cr
Mkt Val of Unsettled Fin Collateral                0.00 Cr
Mkt Val of Settled Fin Collateral                  0.00 Cr
Net Value of Financing Interest                    0.00 Cr
Open Trade Equity on FX Deals                      0.00 Cr
Accrued Interest on Fixed Income                   0.00 Cr
Value of Open Swap Positions               4,771,637.40 Dr
---------------------------------------- ==========================
Preliminary Account Value                  4,715,882.98 Dr
```

## Margin Summary

```
---------------------------------------- ==========================
Margin Req (Reg-T: Initial)                        0.00 Cr
Margin Req (Reg-T: Maintenance)                    0.00 Cr
Margin Req (Future Initial)               29,563,176.19 Dr
Margin Req (FOREX)                                 0.00 Cr
Margin Req (Minimum Equity)                        0.00 Cr
---------------------------------------- ==========================
Margin Req (Total)                        29,563,176.19 Dr
```

## Futures Initial Requirement

```
Cur Requirement          Requirement (USD)     Conv Rate
-----------------------  -------------------   ---------
DKK     159,990,000.00 Dr   29,563,176.19 Dr     0.18478
                            ==================
                            29,563,176.19 Dr
```

**Total Account Value**                                34,279,059.17 Dr

## Account Equity

```
ED&F Man Capital Markets Ltd                          Account Number: CC:AMERIC-INVGR
3 London Bridge Street                                Account Name  : American Investment Group of NY
London SE1 9SG                                        Date          : 21-03-2014
United Kingdom                                        Currency      : USD
```

### Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

# Novo Nordisk A/S — NOVOB DC

ISIN: DK0060534915  SEDOL: BHC8X90  COUNTRY: DK
EX DATE: 21/03/2014  REC DATE: 25/03/2014  PAY DATE: 26/03/2014
CCY: DKK  GROSS RATE: 4.50  FEE: 0.00

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 3,500,000 | | 11,497,500.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 640,000 | | 2,102,400.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 672,000 | | 2,207,520.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 739,000 | | 2,427,615.00 | | | |
| | | | | | | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 519,000 | | 1,704,915.00 | | | |
| CC:CTECHG-00000 | Central Technologies Pensions Group Trust | 73% | 647,000 | | 2,125,395.00 | | | |
| | Central Technologies Pensions Group Trust | | | | | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:DWC000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 3,850,000 | | 12,642,250.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Stu | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:GSFS00-TRAD0 | GSFS Trading Canada Corporate Pension Plan | 73% | 2,180,000 | | 7,161,300.00 | | | |
| CC:HAMLYN-LP00 | HAMLYN LP | 73% | 2,600,000 | | 8,541,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 676,000 | | 2,220,660.00 | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 900,000 | | 2,956,500.00 | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 3,500,000 | | 11,497,500.00 | | | |
| CC:KAMCO0-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:MEDRA-NLASSOC | MEDRA ASSOCIATES LLC 401K PLAN | 73% | 3,150,000 | | 10,347,750.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 817,000 | | 2,683,845.00 | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 674,000 | | 2,214,090.00 | | | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 73% | 616,000 | | 2,023,560.00 | | | |
| CC:TVETER-LIC00 | Tveter LLC Pension Plan | 73% | 125,000 | | 139,125.00 | | | |
| CC:EDFDUB-EQPTU | ED&F Man Professional Trading (Dubai) Limited | 73% | -6,025,000 | | -36,120,125.00 | | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | -11,080,000 | | -36,397,800.00 | | | |
| SB:VOLCAF-ICB00 | Volcafe Limited ICBC | 73% | 28,835,000 | | 94,330,325.00 | | | |
| SB:VOLCAF-ICB00 | Volcafe Limited ICBC | 73% | -6,025,000 | | -36,120,125.00 | | | |

DI 273570

CONFIDENTIAL  ED&F-00048778

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT W/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 75% | | | | | | YES | | | |
| | | 15% | | | | | | | | | |
| | | 15% | | | | | | YES | | | |
| | | | | | | | | YES | | | |
| | | TOTALS | 96,730,000 | -96,730,000 | TOTALS | 317,758,050.00 | -317,758,050.00 | | | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT W/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLEO-UKLTD | Maple Securities UK Ltd | 85% | 2,180,000 | | | 8,338,500.00 | | YES | | 28/3 | 273593 |
| CC:ETS000-MALTA | ETS Malta Limited | 85% | | -2,180,000 | | | -8,338,500.00 | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 11,750 | | | 52,875.00 | | | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 13,500 | | | 60,750.00 | | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 10,085 | | | 45,382.50 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 44,500 | | | 200,250.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 2,500 | | | 11,250.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 3,500 | | | 15,750.00 | | | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 6,665 | | | 29,992.50 | | | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 43,665 | | | 196,492.50 | | | | | |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 100% | 63,835 | | | 287,257.50 | | | | | |
| CC:POLLEN-FUND00 | POLLEN FUND LIMITED | 100% | | -200,000 | | | -900,000.00 | | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 100% | 2,750,000 | | | 12,375,000.00 | | | | | |
| CC:CUBXBE-BLOAN | Cubix Managers Limited Partnerships - BLOAN | 100% | | -2,750,000 | | | -12,375,000.00 | | | | |
| | | SL TOTALS | 5,130,000 | -5,130,000 | TOTALS | 21,613,500.00 | -21,613,500.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| CC:LAKEWO-BLOAN | Lakewood Limited - BLOAN | 100% | 2,750,000 | | | 12,375,000.00 | |
| CC:LAKEWO-00LTD | Lakewood Limited | 100% | | -2,750,000 | | | -12,375,000.00 |
| | | SWP TOTALS | 2,750,000 | -2,750,000 | TOTALS | 12,375,000.00 | -12,375,000.00 |

PREPARED: [signature]   DESK SIGN OFF: [signature]   OPS MANAGER SIGN-OFF: mockimo

AGENT CASH RECEIVED [signature]   CLAIMS PAID [signature]   JOURNAL NUMBERS UPDATED [signature]   DATE: 28/3/14   FILE CLOSED CLOSER: [signature]

CONFIDENTIAL

ED&F-00048779



CONFIDENTIAL

ED&F-00048780



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Autoparts Pensions Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,540,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 8,343,900.00 |
| WHT Suffered: | 3,086,100.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Autoparts Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                                                    ED&F-00048781

726



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Bluegrass Investment Management LLC Retirement Plan - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---:|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,262,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 7,430,670.00 |
| WHT Suffered: | 2,748,330.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Bluegrass Investment Management LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00048847





# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Bluegrass Retirement Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 1,397,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 4,589,145.00 |
| WHT Suffered: | 1,697,355.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Bluegrass Retirement Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                    ED&F-00048905