**BGC Brokers L.P.**
One Churchill Place * Canary Wharf * E14 5RD * United Kingdom * +44 207-894-7700

**bgc**
*voice ÷ electronic brokerage*

| To: | ED & F MAN CAPITAL | | | **Trade Date:** | Fri-21-Mar-14 |
| Attn: | Oliver Bottomley | | | **Value Date:** | Wed-26-Mar-14 |

We are pleased to confirm the following transaction: -

| You | Ticker | ID_ISIN | ID_SEDOL1 | Quantity | CRNCY | Gross Price | Net Price | Notional |
|-----|--------|---------|-----------|----------|-------|-------------|-----------|----------|
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| SOLD | **NOVOB DC Equity** | DK0060534915 | BHC8X90 | 1,000,000 | DKK | 242.30000 | 242.30000 | 242,300,000.00 |

5,330,600,000.00

**Additional Comments:**

**Brokerage:**

CONFIDENTIAL

ED&F-00252103

Message

| | |
|---|---|
| **From**: | Mina, Sara (LDN) [smina@edfmancapital.com] |
| **Sent**: | 21/03/2014 10:43:20 |
| **To**: | Henstock, Chris (DUB) [chenstock@edfmpt.ae] |
| **Subject**: | RE: New Trade |
| **Attachments**: | NOVOB DC (EDF-SM 21-03-14).xls (45.3 KB).msg |

Confirm attached Chris, thanks

---

**From:** Henstock, Chris (DUB)
**Sent:** 21 March 2014 09:47
**To:** Mina, Sara (LDN)
**Subject:** New Trade

Hi Sara,

I am looking to BUY up to 22,000,000shs NOVOB DC today, T+3, ideally looking to trade at Dkk 242.30 if you can get there.

Can you help?

Regards,

Chris.

Chris Henstock
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

ED&F-00409172

**BGC Brokers L.P.**
One Churchill Place * Canary Wharf * E14 5RD * United Kingdom * +44 207-894-7700

**bgc**
*voice + electronic brokerage*

| To: | ED & F MAN CAPITAL | | | **Trade Date:** | Fri-21-Mar-14 | | |
| Attn: | SARA MINA | | | **Value Date:** | Wed-26-Mar-14 | | |

We are pleased to confirm the following transaction: -

| You | Ticker | ID_ISIN | ID_SEDOL1 | Quantity | CRNCY | Gross Price | Net Price | Notional |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,500,000 | DKK | 242.30000 | 242.30000 | 363,450,000.00 |
| BOUGHT | NOVOB DC Equity | DK0060534915 | BHC8X90 | 1,000,000 | DKK | 242.30000 | 242.36663 | 363,450,000.00 |
| | | | | | | | | 5,330,666,630.00 |

**Additional Comments:**

**Brokerage:**

CONFIDENTIAL

ED&F-00409174

CONFIDENTIAL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | 10,000,000 | | | 22,850,000.00 | | | | |
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | | -10,000,000 | | | -22,850,000.00 | | | |
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | | -1,000,000 | | | -2,285,000.00 | YES | | |
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | | -11,000,000 | | | -26,135,000.00 | YES | | |
| | | TOTALS | 96,730,000 | -96,730,000 | TOTALS | 317,758,050.00 | -317,758,050.00 | | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 2,180,000 | | | 8,338,500.00 | | YES | | 28/3 | 273593 |
| CC:ETS000-MALTA | ETS Malta Limited | 85% | | -2,180,000 | | | -8,338,500.00 | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 11,750 | | | 52,875.00 | | | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 13,500 | | | 60,750.00 | | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 10,085 | | | 45,382.50 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 44,500 | | | 200,250.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 2,500 | | | 11,250.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 3,500 | | | 15,750.00 | | | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 6,665 | | | 29,992.50 | | | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 43,665 | | | 196,492.50 | | | | | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 100% | 63,835 | | | 287,257.50 | | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -200,000 | | | -900,000.00 | | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 100% | 2,750,000 | | | 12,375,000.00 | | | | | |
| CC:CUBXBE-BLOAN | Cubix Managers Limited Partnerships – BLOAN | 100% | | -2,750,000 | | | -12,375,000.00 | | | | |
| | | SL TOTALS | 5,130,000 | -5,130,000 | TOTALS | 21,613,500.00 | -21,613,500.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|---|
| CC:LAKEWO-BLOAN | Lakewood Limited – BLOAN | 100% | 2,750,000 | | | 12,375,000.00 | |
| CC:LAKEWO-ODLTD | Lakewood Limited | 100% | | -2,750,000 | | | -12,375,000.00 |
| | | SWP TOTALS | 2,750,000 | -2,750,000 | TOTALS | 12,375,000.00 | -12,375,000.00 |

PREPARED: DESK SIGN OFF: OPS MANAGER SIGN OFF: mockumo

AGENT CASH RECEIVED  CLAIMS PAID  JOURNAL NUMBERS UPDATED  DATE: 28/3/14  FILE CLOSED CLOSER:

ED&F-00446235