```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2           Master docket No. 18-MD-2865(LAK)
                 Case Nos. 18-cv-09505
 3      _____
                                             )
 4      IN RE:                               )
                                             )
 5      CUSTOMS AND TAX ADMINISTRATION OF    )
        THE KINGDOM OF DENMARK (SKATTEFOR    )
 6      VALTNINGEN) TAX REFUND SCHEME        )
        LITIGATION,                          )
 7                                           )
        _____)
 8

 9

10

11

12

13

14        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                     EXAMINATION OF

16                     RONALD ALTBACH

17                  DATE: October 30, 2020

18

19

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Ronald Altbach - October 30, 2020

```
 1    R O N A L D   A L T B A C H,

 2              called as a witness, having been first

 3    duly sworn according to law, testifies as follows:

 4

 5

 6

 7

 8    EXAMINATION BY MR. MCGOEY:

 9         Q    Good morning, Mr. Altbach.  We

10    spoke briefly earlier, but let me introduce

11    myself.  My name is John McGoey from the law

12    firm of Hughes, Hubbard & Reed, and we

13    represent plaintiff SKAT in this matter.

14              Have you ever been deposed before?

15         A    Yes.

16         Q    Okay.  How recently?

17         A    I would say 1986.

18         Q    Okay.  So probably worth going over

19    some ground rules then.

20              The first is, you've heard Mike's

21    voice today.  He's our court reporter.  So

22    he's going to be take down everything that

23    you're saying.

24              So to assist him with that, if you

25    could let me finish my questions before you
```

Ronald Altbach - October 30, 2020

```
 1              (Brief recess taken.)
 2              THE VIDEOGRAPHER:  Stand by.  The
 3        time is 10:37 a.m. and we're back on
 4        record.
 5        Q    Mr. Altbach, you mentioned Mr. Van
 6   Merkensteijn asking about your net worth.
 7              Did you need to have a minimum net
 8   worth to participate in this pension plan
 9   strategy?
10        A    I don't know.
11        Q    So you provided a financial
12   statement to Mr. Van Merkensteijn?
13        A    Yes.
14        Q    Did he have any follow-up after
15   that?
16        A    I don't recall.
17        Q    So then he asked you if you had any
18   pension plans and you responded you did not.
19              Is that correct?
20        A    That is correct.
21        Q    So what happened next?
22        A    Well, he invited me to -- to be
23   part of a -- part of the transactions.
24        Q    What type of transactions?
25        A    As I -- as I remember, I don't
```

Ronald Altbach - October 30, 2020

1    remember exactly how he put it, but that I

2    would -- I would -- I would -- there would be

3    five LLCs and each LLC would have a pension

4    -- a -- not a pension plan, specifically a

5    Roth 401(k) plan.

6         Q    So you would set up five LLCs

7    which, in turn, would have five pension plans

8    or four --

9         A    That's not right, no.

10        Q    Okay.

11        A    That there would be five LLCs and

12   each one would have a Roth 401(k) plan.

13        Q    Okay.

14        A    There was no -- there was no

15   mention of me setting up anything.

16        Q    Understood.  Thank you for that

17   clarification.

18             Why -- why did LLCs and 401(k)s

19   need to be set up?

20        A    I honestly don't really know.

21        Q    Did Mr. Van Merkensteijn describe

22   at all how this strategy was going to make

23   money?

24        A    He just -- I don't remember

25   specifically, no.  He just -- let me just

Ronald Altbach — October 30, 2020

1    pension plans and LLCs would be set up that

2    were related to you?

3            MS. RICE:  Objection.

4        A    I don't think so.

5            THE WITNESS:  Sorry.

6            MS. RICE:  Mr. Altbach, just give

7        me a second to jump in if I need to.

8        Objection to form, but you can answer.

9        A    I don't recall and I don't think I

10    did.

11        Q    So when Mr. Van Merkensteijn

12    presented this opportunity, did you ask any

13    questions about how it would work?

14        A    I don't think I did.

15        Q    Did he describe at all how much

16    money you could potentially make?

17        A    I believe -- I believe he did.

18        Q    What did he tell you?

19        A    As I recall, he said that each one

20    of the plans could potentially make around

21    $50,000.

22        Q    And you had no understanding

23    about how that $50,000 --

24        A    Sorry, can't hear you.

25        Q    And you had no idea how that

Ronald Altbach - October 30, 2020

1    $50,000 per plan would be generated?

2        A    No.

3        Q    Did he discuss any risk related to

4    the investment?

5        A    Any what?

6        Q    Risks.

7        A    No.  Specifically that I would have

8    no risk and no investment.  You're calling it

9    an investment, but I didn't make an

10   investment.

11       Q    And you would not have to put up

12   any money?

13       A    This is -- this is a failed effort

14   at hearing, unfortunately.

15           MR. MCGOEY:  Let's go off the

16       record.  We need to find a solution.

17           THE VIDEOGRAPHER:  Stand by.  The

18       time is 10:49 a.m. and we're going off

19       the record.

20           (Brief recess taken.)

21           THE VIDEOGRAPHER:  Stand by.  The

22       time is 10:53 a.m. and we're back on

23       record.

24       Q    Mr. Altbach, did you understand

25   that Mr. Van Merkensteijn was also profiting

Ronald Altbach - October 30, 2020

1       actually.

2       Q    Did you, at some point, receive

3   proceeds in connection with pension plans

4   being set up on your behalf?

5       A    That I received proceeds?  I

6   received, you're asking me, right?

7           And the answer to that is no.

8       Q    Okay.  Did your pension plans

9   receive proceeds after they were set up on

10  your behalf?

11      A    Yes.

12      Q    At that point, did you understand

13  what activities they were undertaking to

14  generate money?

15      A    In a very general sense, yes.

16      Q    Okay.  And what was that general

17  understanding?

18      A    That there was trading in

19  securities.

20      Q    And how did you come to that

21  understanding?

22      A    I believe in a conversation with

23  Mr. Van Merkensteijn.

24      Q    Did you ask what the pension plans

25  were doing?

Ronald Altbach - October 30, 2020

1        A    I don't recall asking what my

2    pension plans were doing, if that's what

3    you're asking me.

4        Q    Okay.  What precipitated him

5    telling you that -- well, let me withdraw

6    that.

7             Did Mr. Van Merkensteijn tell you

8    that the pension plans were trading?

9        A    Mr. Van Merkensteijn told me that

10   the pension plans would be trading.

11       Q    Okay.  And do you recall when that

12   was?

13       A    Sometime -- sometime between the

14   summer of 2014 and early 2015.

15       Q    So he told you there would be

16   trading.

17            Did he tell you what type of

18   trading they'd be doing?

19       A    Let's see.  Did he tell me what

20   kind of trading?  The buying and selling of

21   stocks.

22       Q    Any specific type of stocks?

23       A    Well, stocks in -- not in the

24   United States.

25       Q    Did he tell you any specific

Ronald Altbach - October 30, 2020

1    countries' stocks that they would be buying

2    and selling?

3           A    I think that around that time, he

4    told me it was going to be in Belgium and in

5    Denmark.

6           Q    Did he tell you why they would be

7    buying and selling Belgian and Danish stocks?

8           A    He told me that was the strategy.

9           Q    Did he explain why the strategy

10   involved foreign shares of stock?

11          A    Involved what?

12          Q    Foreign shares of stock?  Non-U.S.?

13          A    Are you saying foreign,

14   F-O-R-E-I-G-N?  It's not perfectly clear.

15               He did say that there was some --

16   some involvement of a -- yes, he did say

17   that.

18               He did tell me, yeah.

19          Q    Okay.  And what did he tell you?

20          A    He told me that there was -- there

21   was a strategy between the U.S. and whatever

22   the countries would be in terms of the tax

23   treaties.

24          Q    So how would the tax treaties help

25   the pension plans generate money?

Ronald Altbach - October 30, 2020

1    answer to that is -- I believe the answer to

2    that is yes.

3        Q    Okay.  And what was that

4    understanding?

5        A    That -- my understanding was that

6    Kaye Scholer would -- would basically handle

7    all -- all details, all documents, all

8    relevant issues on behalf of the plans.

9        Q    Okay.  You mentioned relevant

10   issues.

11            What would those potentially be?

12       A    The setting up of bank accounts.

13       Q    Anything else?

14       A    That was the first relevant issue

15   because they -- that was the first relevant

16   issue.

17       Q    Was that because that was the first

18   thing that needed to happen?

19       A    Yes.

20       Q    What was going to happen after

21   those bank accounts were set up?

22       A    That, I don't actually know.

23       Q    Do you remember anything that was

24   supposed to occur after the bank accounts

25   were set up?

Ronald Altbach - October 30, 2020

```
1        A    From time to time, documents needed
2    to be signed, and they were prepared by
3    Kaye Scholer.  And I was given signature
4    pages, usually separate from the documents,
5    to sign.
6        Q    Whose idea was it to just provide
7    you signature pages?
8             MS. RICE:  Objection.
9        A    I have no idea.  I don't know.
10        Q    You didn't specifically request
11    that?
12        A    No.
13        Q    Okay.  The first paragraph of this
14    document --
15        A    Uh-huh.
16        Q    -- it states, "Ronald Altbach" --
17    it lists your address -- "intends to, either
18    directly or indirectly, through entities
19    beneficially owned by him or established by
20    him, including one or more limited liability
21    companies and related qualified pension plans
22    through Section 401(k) of the Internal
23    Revenue Code in 1986, enter into agreements
24    to purchase stock."
25             Did you understand that to be part
```

```
 1              Yes.
 2         Q    Okay.  So this is an e-mail.  The
 3    bottom e-mail is from Mr. Van Merkensteijn.
 4    It doesn't list the recipients.
 5              He's talking about needing to come
 6    to a decision about which plans will trade or
 7    not in the next month or so.
 8              Do you recall if you received this
 9    e-mail?
10         A    I do recall, yes.
11         Q    Okay.  You do recall receiving
12    this.
13              And do you know what decision had
14    to be made at this point?
15              MS. RICE:  Objection.  If you
16         understand that question, you can answer
17         it.
18         A    Well, you said did I know what
19    decision had to be made.  Yes, I know.
20         Q    What decision was that?
21         A    Whether the -- whether the
22    individual plans would -- would trade or not.
23         Q    Okay.  So at the time you received
24    this e-mail, do you recall if you knew that
25    the plans had, at that point, done any
```

Ronald Altbach - October 30, 2020

1    trading?

2         A    I don't recall.

3         Q    Okay.  And had you discussed --

4    withdrawn.

5              Did you ultimately make a decision

6    on whether or not your plan should trade --

7    your plans should trade?

8         A    Yes, I made a decision.

9         Q    Okay.  What was that decision?

10        A    That the plans should trade.

11        Q    Okay.  Do you recall what the

12   considerations in that decision were?

13        A    I recall what I think that they

14   were, yeah.

15        Q    Well, what do you recall?

16        A    If the -- if the -- if the decision

17   was to just leave the plan in place with the

18   LLC, then it's just a plan, and there would

19   be no income coming into it as a result of

20   this opportunity.  But if the plans

21   participated in the opportunity of trading,

22   then there was a chance of the plan making

23   some money.

24        Q    Were you aware of any potential

25   downsides to trading?

Ronald Altbach - October 30, 2020

1      A      No.   The answer is I was not aware
2    that there was any downside.
3      Q      So was it an easy decision to tell
4    Mr. Van Merkensteijn to go ahead with the
5    trading?
6      A      Was it an easy decision?  I thought
7    about it.
8      Q      But you ultimately decided to go
9    forward?
10      A      Right.
11      Q      If you turn to the next exhibit,
12    which is Exhibit 64, previously marked?
13      A      Uh-huh.
14      Q      So the middle e-mail on the page is
15    from Stephanie Furr to several recipients and
16    you're cc'd.  And it refers to a conference
17    call on January 31st.
18            And the first question:  Do you
19    know who Stephanie Furr is?
20      A      I do, yes.
21      Q      Who is that?
22      A      She, as her e-mail suggests, is
23    a -- is a personal assistant to the
24    Van Merkensteijns.
25      Q      Do you recall if you participated

Ronald Altbach - October 30, 2020

1      in the conference call that's discussed here?

2          A    I believe I did.

3          Q    Do you recall what was discussed on

4      that call?

5          A    I recall -- I recall -- I recall

6      some of it, sure.

7          Q    Okay.  What discussion do you

8      recall?

9          A    When the -- that -- I recall that

10     there -- that the -- sorry, I'm having a

11     little bit of trouble -- the -- that the

12     plans would start or were expected to start

13     trading soon.  And the decision had to be

14     final -- finally, the decision had to be made

15     that they were going to trade.

16         Q    Okay.  Do you remember, did someone

17     lead the call?

18         A    Did somebody lead?  L-E-A-D?

19         Q    Yes.

20         A    I don't remember if it was -- no, I

21     don't remember who it was.  Sorry.

22              I don't remember which -- which of

23     the people led the call.

24         Q    Okay.  On the call, was there any

25     discussion to the advantages or disadvantages

Ronald Altbach - October 30, 2020

1    of going forward with the trading?

2         A    I think -- well, the discussion was

3    that without trading, there would be no

4    income to the plan.

5         Q    Sure.  Okay.

6              So that's a reason to do it.

7              Right?

8         A    Yeah.

9         Q    Did anyone discuss reasons not to

10   do it?

11        A    I'm sorry that I -- I don't recall

12   that.

13        Q    Did you speak at all on the call,

14   to your recollection?

15        A    I -- I -- I'd be shocked if I spoke

16   on the call.

17        Q    Okay.

18        A    But -- and let me just add to that.

19   Because I don't think that this call required

20   an answer, immediate answer.

21             This was an information call.

22        Q    Do you recall any information that

23   was provided?

24        A    I do.

25        Q    And what was that?

Ronald Altbach - October 30, 2020

1     A     There -- the information that I
2   recall was that -- that similar types of
3   opportunities had been -- had been deployed
4   in other countries and they with no longer
5   available because tax codes had changed in
6   other countries like Germany.
7          I think -- I think that was the
8   crux of the call.
9     Q     Do you remember who shared that
10  information?
11    A     No.  I mean, I can -- I can -- I
12  can conjecture that it was either Rich or
13  John, but I don't -- I don't remember hearing
14  the voice that said -- that was giving it, so
15  I have to answer you "no."
16    Q     Okay.  Do you know why it was
17  relevant that these opportunities were no
18  longer available in other countries?
19          MS. RICE:  I -- I object on the
20        ground of relevant to who?  Relevant
21        to -- relevant to Ron?  Relevant to the
22        speaker, whoever the speaker was?
23        Relevant to who?
24    Q     Well, you were participating in
25  this call, right, and that information was

Ronald Altbach - October 30, 2020

1    shared.

2            So did you have an understanding as

3    to why you were being informed of that?

4        A    The answer is -- I think the answer

5    is it was part of the -- making a decision of

6    wanting to trade or not wanting to trade.

7        Q    Was it because that meant similar

8    changes could be coming to tax codes in other

9    countries?

10            MS. RICE:  Objection.

11       A    Yeah, I don't -- I can't -- I can't

12   like -- I can't try to imagine why -- why --

13   you know, what the purpose was.

14           The purpose of the call was to

15   decide whether or not these -- my plans, for

16   me, the purpose was -- my plans were going to

17   go forward.  I put a bunch of effort into it

18   and the question is did I want to now stop,

19   or did I want to continue, with no risk, to

20   see whether my plans were going to make some

21   money.

22       Q    Okay.  When you say that you put "a

23   bunch of effort into it," does that refer to

24   signing paperwork in connection with the LLCs

25   and pension plans?

Ronald Altbach - October 30, 2020

1        A      Yeah.  I mean, I had to run around,
2    I had to go over to the office to get the
3    Notary, I had to get certain things
4    notarized.  They sent me lots of signature
5    pages, I don't remember even how many.
6               And -- and, you know, I mean
7    everything takes time.  There's only so many
8    hours in the day.
9               So yes, I felt that I had put in
10   effort and had not seen any return to that
11   date except that I spent a hundred dollars on
12   each of my -- on each of my bank accounts,
13   you know, and I wasn't about to spend any
14   more money.
15       Q    Do you -- do you recall if your
16   plans had been doing any trading previous to
17   this call?
18       A    I think you just asked me that and
19   I said no.
20       Q    You don't.  Okay.
21       A    Not that -- the answer is not that
22   I know of.  So I don't recall, right.
23       Q    The information about tax codes
24   changing in some countries, did that factor
25   into your decision?

Ronald Altbach - October 30, 2020

1      A    No.   There was an article in a

2    paper.  It wasn't -- it wasn't like some big

3    surprise.  I read it in the New York Times at

4    one point, or the Wall Street Journal.

5            I can't remember.

6      Q    So you had read an article that

7    related to countries changing their tax

8    codes.

9            Is that correct?

10     A    Yes.

11     Q    And was it your understanding that

12   they were changing their tax codes to make

13   strategies like the ones you were involved in

14   less successful?

15     A    My -- my understanding was very

16   rudimentary because I didn't -- I didn't know

17   what the strategy was.  But countries, I'm --

18   like I said, I'm 73.

19            And I remember when, in the early

20   '80s, a huge industry in the United States

21   was stopped, the tax shelter business was

22   stopped during the Reagan years and TEFRA

23   act.

24            So it seemed -- just seemed to me,

25   you're asking me if I'm speaking too much,

Ronald Altbach - October 30, 2020

1    but every once in a while, tax codes change

2    because smart lawyers like you guys find ways

3    of helping people who make money to pay

4    fewer -- pay lower taxes.

5              So that's what the article was

6    about.  And since, you know, it seemed

7    logical that that would happen at other

8    countries potentially.

9              I don't know.

10    Q    So earlier, you testified that you

11    understood, to the extent some trading was

12    going to take place with the strategy, it was

13    in Danish and Belgian shares?

14              Is that -- am I remembering that

15    correctly?

16    A    Yes, I think you remembered that

17    correctly.

18    Q    On the call, was there any

19    discussion about potential changes to the tax

20    codes in Denmark or Belgium?

21    A    I don't recall that there was.

22    Q    You testified that you didn't have

23    to give your answer on this call.

24              And did you, in fact, not give your

25    decision on the call?

Ronald Altbach - October 30, 2020

Page 136

1       A    I didn't.  I did not.

2       Q    Okay.  When did you reach a

3   decision?

4       A    Sometime soon thereafter.  I'm

5   sorry that I don't remember how many days.

6       Q    That's fine.

7            Did you communicate that decision

8   to anyone?

9       A    I did.

10      Q    To whom?

11      A    To John Van Merkensteijn.

12      Q    Do you recall that conversation?

13      A    Nope.

14      Q    You just recall that you told him

15  that you wanted to move forward?

16      A    Exactly.

17      Q    Okay.  And at that point in time,

18  you understood that this would involve the

19  pension plans who were affiliated with your

20  LLCs trading in Danish or Belgian stocks?

21      A    Well, you're saying that I

22  understood it.  I -- I believed that was

23  going to be the case.

24      Q    Did you, at any point in 2014 or

25  2015, review any documentation relating to

Ronald Altbach - October 30, 2020

1    trade that your pension -- that the pension

2    plans associated with your LLCs engaged in?

3        A    No, I did not.

4        Q    Okay.  Do you know if you had

5    access to any such documentation?

6        A    I never asked for access, so I -- I

7    never asked for access.

8        Q    Okay.  I'm trying to avoid showing

9    you some documents.  So I'm trying to avoid

10   some exhibits here.

11       A    Well, and I'm trying to answer you

12   the -- to the best of my ability.

13       Q    I know.

14            Setting aside transactions that the

15   pension plans may have engaged in, did you

16   ever receive account statements for the

17   pension plans?  And actually, let me clarify

18   that, that this refers to account statements

19   from institutions such as Solo, Telesto,

20   West Point, or Old Park Lane?

21       A    No.

22       Q    Okay.  And do you know if you had

23   access to any such statements?

24       A    I -- again, I -- I could have had

25   if I would have asked, but I didn't ask.

Ronald Altbach – October 30, 2020

1    know the timing, if it was after the

2    litigation or before, but it was around that

3    time, I guess, in 2016, '17.

4          Q    Okay.  Yes.

5               In 2014 or 2015, were you aware of

6    your plan's submitting any claims?

7               MS. RICE:  To the Danish taxing

8          authority, correct?

9               MR. MCGOEY:  Yes.

10         A    No, I don't believe so.  I never

11   saw such a claim, as an example.  Never saw

12   it.

13         Q    Let me -- I'm going to ask you to

14   turn to Exhibit 1033?

15              MR. MCGOEY:  Mark this as 1033.

16              (Whereupon the above mentioned was

17         marked for Identification.)

18         A    Okay.

19         Q    So this is one of the claims I was

20   just referring to and just want to confirm.

21              As far as you knew, you did not

22   review this prior to it being submitted to

23   the Danish government?

24         A    I definitely did not.

25         Q    Okay.  If you could flip to the

Ronald Altbach — October 30, 2020

1    next exhibit, and to the first two exhibits

2    in the next binder, and confirm that that's

3    also the case for those two claims?

4              MR. MCGOEY:  So this is Exhibits

5         1034, 1035, and 1036.

6              (Whereupon the above mentioned was

7         marked for Identification.)

8              MS. RICE:  All in the same binder,

9         Ron.

10        Q    They're actually —— so I think the

11   latter two are the start of the next binder.

12        A    Yeah, no, I understand.

13             MS. RICE:  Okay.

14        A    But you're asking about basically

15   the first page of each, which is —— right?

16        Q    Well, just if you —— if you think

17   you reviewed any part of these documents

18   before they were submitted to the Danish

19   government.

20        A    No, I did not.  I definitely did

21   not.

22        Q    Did you become aware, at any point,

23   of the pension plans receiving payments from

24   the Danish government?  And again, I'm asking

25   in 2014 and 2015?

Ronald Altbach - October 30, 2020

1    not sure.  But I think I did.

2        Q    Did you set up the LLC and plan

3    accounts at the same time?

4        A    I don't think that is true,

5    actually.  I don't think so.  I think the

6    LLCs accounts were set up first.

7            I think, as I recall.

8        Q    Do you recall there being any

9    reason for that?

10        A    Just -- if there was a reason for

11    it, it was just my interaction with this guy,

12    Michael, the guy at Wells Fargo.  I can't --

13    I don't remember any other reason.

14        Q    And Mr. Van Merkensteijn's e-mail

15    refers to someone named Freed.

16            Is that Michael Freed, the person

17    at Wells Fargo you dealt with?

18        A    Well, if that's -- if that's what

19    it says.  I'm looking at some e-mails here

20    that have his name, so my guess is that's

21    probably his name.

22            I don't remember.

23        Q    Okay.  So you -- you testified that

24    you deposited a hundred -- around a hundred

25    dollars in each of the five LLCs and each of

Ronald Altbach — October 30, 2020

1    the plan accounts.

2          Was that your own money or did

3    someone else provide it?

4      A    No, that was my hard-earned money.

5      Q    All right.  Why don't we return to

6    the second binder?

7      A    Okay.  I'm going to put this one on

8    the desk for now.

9      Q    Yes.  I don't think we'll be coming

10   back to it too often, but obviously I can't

11   promise that.

12     A    Okay.

13     Q    If you turn to Exhibit 1065?

14          MR. MCGOEY:  Mark this as 1065.

15          (Whereupon the above mentioned was

16         marked for Identification.)

17     A    1065?

18     Q    Yes.

19     A    Uh-huh.

20     Q    So this is an account statement for

21   the Crucible Ventures Plan for September to

22   October of 2014.

23          And on the second page, you see a

24   deposit of a hundred dollars, which brings

25   the balance up to -- is that 76?

Ronald Altbach - October 30, 2020

```
1              MR. MCGOEY:  Mark this as 1106.
2              (Whereupon the above mentioned was
3         marked for Identification.)
4         A    Uh-huh.
5         Q    This shows a check for $10,000 from
6    August 13th.
7              Do you believe that was made out to
8    yourself?
9         A    I do.
10        Q    Okay.  Then we can move to 1107.
11             MR. MCGOEY:  Mark this as 1107.
12             (Whereupon the above mentioned was
13        marked for Identification.)
14        A    Uh-huh.
15        Q    So on the second page, there's a
16   check for $19,000 on November 10th.
17        A    Right.
18        Q    And I think we've seen --
19        A    Right.
20        Q    I think we've seen several checks
21   made out that day.
22             Does that refresh your recollection
23   at all that you might have wrote several
24   checks that day?
25        A    You mean -- you mean several checks
```

Ronald Altbach – October 30, 2020

1    any paperwork at the end of 2016?

2        A    I don't.  I don't remember any.  I

3    mean, obviously, I did, but I don't remember

4    any.

5        Q    So I think -- I believe you

6    testified earlier that the pension plan

7    accounts are still open?

8        A    Yeah, I -- I mean, unless something

9    has happened in the last week that I don't

10   know about.  But I, you know --

11       Q    We won't hold to you any activity

12   in the last week.  Do you know --

13            MS. RICE:  Promise?

14            MR. MCGOEY:  I promise.

15       Q    Do you know if the plans themselves

16   are still in existence?

17       A    Well, no, I don't know.  I don't

18   know.

19       Q    As far as -- you don't know that

20   they were dissolved, though?

21       A    No, I definitely do not know that

22   they were dissolved.  I definitely do not

23   know that.

24       Q    Are the five LLCs still active?

25       A    I'm sorry that I don't understand