```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01865-LAK, 1:19-cv-01866-LAK, 1:19-cv-01871-LAK, 1:19-cv-01873-LAK, 1:19-cv-01894-LAK, 1:19-cv-01930-LAK, 1:19-cv-01893-LAK, 1:19-cv-01906, 1:19-cv-01911, and 1:19-cv-01924-LAK | Master Docket 18-md-02865 (LAK)<br>ECF Case |

## NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that I, Julia Pilcer Lichtenstein, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), hereby withdraw as counsel for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, and the Routt Capital Pension Plan (the "Markowitz Defendants") in the above-captioned matters. As of September 2, 2022, I will no longer be employed by WilmerHale and will no longer have any association with the above-captioned matters. WilmerHale will continue as counsel for the Markowitz Defendants.

Dated: August 31, 2022
   New York, New York

/s/ Julia Pilcer Lichtenstein
Julia Pilcer Lichtenstein
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Tel: (212) 937-7210
Fax: (212) 230-8888
julia.lichtenstein@wilmerhale.com

SO ORDERED.

Dated: __Sept  1__, 2022

                                                 Honorable Lewis A. Kaplan
                                                 United States District Judge