# Exhibit 81

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00006 | 2722893 | 12/10/2012 | $42,504.70 | $26.46 | $42,531.16 | ($42,531.16) | 2/12/2013 | - | - |
| | 2726478 | 1/29/2013 | $5,968.60 | $135.55 | $6,104.15 | ($6,104.15) | 2/25/2014 | - | - |
| | 2739751 | 6/25/2013 | $650.00 | - | $650.00 | ($650.00) | 10/1/2013 | - | - |
| | **Duet II - Total** | | **$49,123.30** | **$162.01** | **$49,285.31** | **($49,285.31)** | | - | - |
| | | | | | | | | | |
| | **GRAND TOTAL** | | **$49,123.30** | **$162.01** | **$49,285.31** | **($49,285.31)** | | - | - |

1

6/15/2018 10:34:05 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355365

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn                                    December 10, 2012
Argre Management LLC
40 West 57th Street
New York, New York 10019 alicia@argremgt.com

RE: Duet II                                                    Invoice#: 722893
Our File Number:00647/0006                                     PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                                                                                                               | Hours |
|------------|---------------------------------------------------------------------------------------------------------------|-------|
| 11/16/2012 | Ben-Jacob, Michael                                                                                            | 1.25  |
|            | Call with Rich re: new transaction. Follow-up call with Woody.                                                |       |
| 11/16/2012 | Wells, Peter B                                                                                                | 4.67  |
|            | Call with group re new transaction. Work on issues re the same.                                               |       |
| 11/18/2012 | Ben-Jacob, Michael                                                                                            | 3.50  |
|            | Review LP Agreement, PPM and related documents documents. Related call with Woody and emails to Woody re: questions. |       |
| 11/18/2012 | Wells, Peter B                                                                                                | 4.83  |
|            | Review materials related new transaction.                                                                     |       |
| 11/19/2012 | Ben-Jacob, Michael                                                                                            | 5.50  |
|            | Documents, editing same, calls with Peter, Patrick, Woody on related issues, related emails.                  |       |
| 11/19/2012 | Wells, Peter B                                                                                                | 5.33  |
|            | Meet with group to discuss new transaction. Follow-up on issues re the same. Work on loan agreement. Work on KYC issues. |       |
| 11/20/2012 | Ben-Jacob, Michael                                                                                            | 0.17  |
|            | Attention to miscellaneous emails.                                                                            |       |
| 11/20/2012 | Wells, Peter B                                                                                                | 4.00  |
|            | Work on issues related to due diligence for transaction. Draft and revise loan agreement. Work on UK tax issues. Call with Mr. Lewin. |       |
| 11/21/2012 | Ben-Jacob, Michael                                                                                            | 3.17  |
|            | Attention to draft documents, further comments on same, follow up on various open questions.                  |       |
| 11/21/2012 | Wells, Peter B                                                                                                | 6.50  |
|            | Work on issues related to Duet transaction. Call with Mr. Woodard, Mr. Michel and Mr. Mason re various issues. Work on loan agreement. Discuss various issues with Mr. Ben-Jacob. |       |
| 11/23/2012 | Ben-Jacob, Michael                                                                                            | 0.25  |
|            | Attention to miscellaneous emails.                                                                            |       |
| 11/23/2012 | Wells, Peter B                                                                                                | 4.50  |

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                  December 10, 2012

RE: Duet II                                                      Invoice#: 722893
Our File Number: 00647/0006                                     PAGE:   2

---

|  |  |  |
|---|---|---|
|  | Work on issues related to Duet transaction. Correspondence and research related to filing requirements. Research and correspondence re qualified client reps. |  |
| 11/24/2012 | Ben-Jacob, Michael | 0.25 |
|  | Attention to emails from Rich regarding call with Duet and general catch up. |  |
| 11/25/2012 | Ben-Jacob, Michael | 0.67 |
|  | Call with Duet and Argre regarding group to review Scotia Bank questionnaire. |  |
| 11/25/2012 | Wells, Peter B | 1.50 |
|  | Call with Duet re upcoming call with Scotia. Follow-up on related matters. |  |
| 11/26/2012 | Wells, Peter B | 0.75 |
|  | Work on issues related securities law issues re transaction. |  |
| 11/27/2012 | Ben-Jacob, Michael | 3.50 |
|  | Call with Rich and Adam to discuss revised documents; related updates and discussion with Peter. |  |
| 11/27/2012 | Wells, Peter B | 4.58 |
|  | Call with Argre re documents. Review and revise the same. |  |
| 11/28/2012 | Wells, Peter B | 0.50 |
|  | Work on issues related to draft deal documents. |  |
| 11/29/2012 | Ben-Jacob, Michael | 0.25 |
|  | Call with Rich re: Duet docs. |  |
| 11/29/2012 | Wells, Peter B | 2.75 |
|  | Review revised Duet documents. Work on SEC issues. |  |
| 11/30/2012 | Ben-Jacob, Michael | 1.00 |
|  | Call with Duet and Rich re: Doc., status and next steps. |  |
| 11/30/2012 | Wells, Peter B | 4.25 |
|  | Call with Duet and Argre group. Work on loan agreement and rep letter and follow-up re the same. |  |

Total Hours................. 63.67

Fees through 11/30/2012.................................... $42,504.70

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 19.51 | $14,242.30 |
| Wells, Peter B | 640.00 | 44.16 | 28,262.40 |

---

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355367

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                          December 10, 2012

**RE: Duet II**                                                          **Invoice#:** 722893
**Our File Number:** 00647/0006                                         **PAGE:**    3

---

Fees through 11/30/2012..............    63.67    $42,504.70

\*-----------------------COSTS ADVANCED THROUGH 11/30/2012-----------------------\*
Duplicating                                                      $5.60
Conference & Legal Staff/Travel Working Meals                    20.86
Total Costs through 11/30/2012........................           $26.46


Fees this Invoice.......................................................    $42,504.70
Costs this Invoice......................................................    $26.46
**Total Due this Invoice...............................................**    **$42,531.16**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355368**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 722893
Total Amount Due: $42,531.16

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn                                       January 16, 2013
       Argre Management LLC
       40 West 57th Street
       New York, New York  10019 alicia@argremgt.com

RE: Duet II                                              Invoice#: 726478
Our File Number:00647/0006                                   PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|  |  | Hours |
|---|---|---:|
| 12/02/2012 | Ben-Jacob, Michael | 0.50 |
|  | Review draft opinion from Belgian counsel. |  |
| 12/03/2012 | Wells, Peter B | 3.33 |
|  | Call with Duet re status. Follow-up on due diligence issues re the same. |  |
| 12/04/2012 | Ben-Jacob, Michael | 0.33 |
|  | Review/edit PPM and related documents. |  |
| 12/04/2012 | Wells, Peter B | 1.75 |
|  | Draft and revise letter re GP. Work on related diligence matters. |  |
| 12/05/2012 | Ben-Jacob, Michael | 0.33 |
|  | Attention to draft deal documents. |  |
| 12/05/2012 | Wells, Peter B | 1.50 |
|  | Work on issues to transaction. |  |
| 12/06/2012 | Ben-Jacob, Michael | 0.08 |
|  | Attention to misc. emails. |  |
| 12/06/2012 | Ben-Jacob, Michael | 0.58 |
|  | Attention to draft documents.  Related emails. |  |
| 12/06/2012 | Wells, Peter B | 0.67 |
|  | Prepare for and participate in call re transaction. |  |

Total Hours................. 9.07

Fees through 12/31/2012.....................................    $5,968.60

*-----------------------------------TIME AND FEE SUMMARY------------------------------------*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $730.00 | 1.82 | $1,328.60 |
| Wells, Peter B | 640.00 | 7.25 | 4,640.00 |
| Fees through 12/31/2012............... | | 9.07 | $5,968.60 |

*------------------------COSTS ADVANCED THROUGH 12/31/2012------------------------*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355370

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                      January 16, 2013

RE: Duet II                                                    Invoice#: 726478
Our File Number: 00647/0006                                        PAGE:   2

| | | |
|---|---|---:|
| Transportation | | $135.55 |
| | Total Costs through 12/31/2012......................... | $135.55 |

\*----------------------------------OUTSTANDING BALANCE----------------------------------\*

| Invoice# | Date | Amount |
|---|---|---:|
| 722893 | 12/10/2012 | $42,531.16 |
| Prior Balance Due............................................................... | | $42,531.16 |

| | |
|---|---:|
| Fees this Invoice.................................................... | $5,968.60 |
| Costs this Invoice.................................................. | $135.55 |
| Total Due this Invoice............................................. | $6,104.15 |
| Prior Balance Due (from above)................................. | 42,531.16 |
| **TOTAL DUE**........................................................... | **$48,635.31** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355371**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672823

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
     153 East 53rd Street
     New York, New York 10022
     Attention: Marsha Burnett
     Telephone: 212.559.3787

     ABA Routing Number: 021000089
     Bank Identification Code/SWIFT Code: CITIUS33
     Account Name: Kaye Scholer LLP
     Account Number: 9981494431

     RE: Argre Management LLC
     Our File Number: 00647/0006
     Invoice Number: 726478
     Total Amount Due: $48,635.31

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn                                          June 25, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** Duet II                                                    **Invoice#:** 739751
**Our File Number:**00647/0006                                        **PAGE:**    1

===

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2013

===

|  |  | **Hours** |
|---|---|---|
| 05/06/2013  Wells, Peter B | | 1.00 |
| Review partnership agreements and draft termination document. | | |
| | Total Hours................. | 1.00 |
| | Fees through 05/31/2013.................................... | $650.00 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $650.00 | 1.00 | $650.00 |
| Fees through 05/31/2013............... | | 1.00 | $650.00 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 726478 | 01/29/2013 | $6,104.15 |
| Prior Balance Due........................................................................ | | $6,104.15 |

| | |
|---|---|
| Fees this Invoice............................................................. | $650.00 |
| Total Due this Invoice.................................................... | $650.00 |
| Prior Balance Due (from above)..................................... | 6,104.15 |
| **TOTAL DUE.........................................................** | **$6,754.15** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 739751
Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355374



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH