# Exhibit 149

I, Peter Wells, an attorney-at-law and notary public of the State of New York hereby certify that this Institutional Customer New Account Form is a true and correct copy of the original of which I am personally familiar with.

Peter Wells
Attorney-at-law and Notary Public
Dated: July 28, 2014

PETER WELLS
Notary Public, State of New York
No. 02WE6172850
Qualified in New York County
Commission Expires Oct. 21, 2015

**CONFIDENTIAL**

**JHVM_0026926**


BALLYGATE CAPITAL LIMITED

# INSTITUTIONAL CUSTOMER NEW ACCOUNT FORM

***All** customers must complete Section A, either Section B **or** C (as applicable) **and** provide all documentation requested in Section D*

**SECTION A**  (to be completed by ALL customers)

| | | | |
|---|---|---|---|
| Customer Legal Entity (Full) Name: | Avanix Management LLC Roth 401K | | |
| Jurisdiction of Incorporation: | | | |
| Date of Incorporation: | July 18, 2014 | | |
| Incorporation number (or equivalent); | | | |
| Tax Identification Number *(if applicable)*: | 47-1341014 | | |
| Parent Legal Entity *(if applicable)* Name: | Avanix Management LLC | | |
| Is Customer or Parent a Public Company (Yes or No): | No | | |
| If 'Yes', Listing Exchange: | | | |
| Registered Office Address: | **Address Line 1:** State of Delaware | | |
| | **Address Line 2:** 1811 Silverside Road | | |
| | **City:** Wilmington | | |
| | **State:** DE | **Postcode/Zip Code:** 19810 | **Country:** USA |
| Place of Business Address *(if different)*: | **Address Line 1:** Avanix Management LLC C/O Kaye Scholer LLP | | |
| | **Address Line 2:** 425 Park Avenue | | |
| | **City:** New York | | |
| | **State:** NY | **Postcode/Zip Code:** 10022-3598 | **Country:** USA |

CONFIDENTIAL

JHVM_0026927

# BALLYGATE▦
## BALLYGATE CAPITAL LIMITED

| Principal Contact Details | Name: Richard Markowitz |
|---|---|
| | Title/Position: Trustee |
| | Telephone Number (917) 848-5675 |
| | E-mail Address: Admin@AvanixPension.com |

**SECTION B** (ONLY complete if customer is Regulated by a Recognised Financial Regulatory Authority)

| | Please specify: |
|---|---|
| Regulated Firm Type (eg: Broker Dealer, Investment Firm, or Other): | |
| Firms Financial Regulatory Authority: | |
| Country of Regulation: | |
| Firm's Regulatory Identification #: | |
| Link to Regulators Database/Website: | |

**SECTION C** (ONLY complete if customer is not regulated / Section B above is not applicable)

| Description of Firm's Principal Business Activity: | The Plan is created for the purpose of receiving contributions, and providing benefits to the participants and their beneficiaries. | | |
|---|---|---|---|
| Please describe the ownership structure of the Firm: | | | |
| In the event that 2013 financials (Section D) are not available, please confirm value of assets on balance sheet: | Assets in excess of $250k ☐ | Assets less than $250K **X** | |
| Investment / Trading Experience Level (of Principals and Authorised Traders) | *(please check one based on criteria)* | | |
| | Experienced **X** | Moderate Experience ☐ | Inexperienced ☐ |
| Average Years of Experience | Over 5 Years | 1 to 5 Years | Less than 1 Year |
| Average Number of Trades per Year | Over 15 | 5 to 15 | Less than 5 |

CONFIDENTIAL

JHVM_0026928

# BALLYGATE
### BALLYGATE CAPITAL LIMITED

| Investment/Trading Sophistication Level (of Principals and Authorised Traders) | *(please check one based on criteria)* | |
|---|---|---|
| | Sophisticated Customer      X | Non-Sophisticated Customer      ☐ |
| USD value/notional (or equivalent) per investment / transaction | Over USD 80,000 | Under USD 80,000 |
| Financial Investment/Trading Decisions (made by the Principals and Authorised Traders): | Typically make own proprietary trading decisions | Typically take third party advice prior to making trading decisions |
| Source of Funds for Investments/Trading: | Any contributions from sponsoring employer will be from revenue generated by such employer during the current taxable year. Contributions from the beneficiary, including any rollover contributions by beneficiary, may be from income earned from sponsoring employer and from income earned from employment in prior years at other employers. | |
| Please provide us with any additional information not requested above that you believe will help us better understand your investment or trading profile: | | |

## SIGNED ON BEHALF OF THE CUSTOMER:

| Authorised Signatory: | *[signature]* |
|---|---|
| Print Name: | Richard Markowitz |
| Title/Position: | Trustee |
| Date: | July 28, 2014 |

CONFIDENTIAL

JHVM_0026929



**BALLYGATE CAPITAL LIMITED**

## SECTION D – SUPPORTING DOCUMENTATION

**Part I**   (To be provided by ALL customers)

| | |
|---|---|
| Certified copy of Certificate of Trust (*or equivalent*). | |
| Certified copy of Trust Agreement (or equivalent) | |
| Parent LLC Operating Agreement | |
| Certified copy of Pension Plan Rules (*or equivalent*). | |
| Certified copy of the Register of Directors (*or equivalent legal document* confirming the directors/officers and the members of the company) | |
| Signed W-9 tax form where Client is a U.S. Person | |
| Certified list of Authorised Signatories authorised to execute, on behalf of the Client (and POA agreement where applicable) | |
| List of Authorised Traders authorised to enter into trading transactions on behalf of the Client (signed by Authorised Signatory) | |

**Part II**   (To be provided ONLY by unregulated customers)

| | |
|---|---|
| Certified copies of passports and a proof of address document (*less than 3 months old*) for all current Directors | |
| Certified copy of the Register of Shareholders (or Certified List of all current shareholders who directly, or indirectly, own 10% or more of the shares of the Company | |
| Certified copies of passports and a proof of address document for all current shareholders (*or equivalent*) who directly, or indirectly, own 10% or more of the shares in the Company (*if different from the Directors*). | |
| Certified copy of the most recent audited | |

**CONFIDENTIAL**

**JHVM_0026930**

# BALLYGATE

BALLYGATE CAPITAL LIMITED

| financial statements (*where not available please provide a Certificate of Good Standing*). | |
|---|---|

**BALLYGATE INTERNAL USE ONLY**

| | | |
|---|---|---|
| Signed Customer Account Opening Form | YES ☐ | NO ☐ |
| CDD / AML Documentation Checked | YES ☐ | NO ☐ |
| Customer Suitability Classification | REGULATED ☐ | SOPHISTICATED ☐ |
| Shareholder/Director OFAC Check | YES ☐ | NO ☐ |
| Signed | | |
| Name | | |
| Date | | |

**CONFIDENTIAL**

**JHVM_0026931**

| AUTHORISED SIGNATORIES |
| --- |
| Full Name |
| Richard Markowitz |
| |
| |
| |

Name of Trustee:   Richard Markowitz

Signature of Trustee: _____

| AUTHORISED TRADERS |
| --- |
| Full Name |
| Richard Markowitz |
| |
| |
| |

Name of Trustee:    Richard Markowitz

Signature of Trustee: _____

JHVM_0026933